IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED 2005 OCT 28 A 9:37

__Leonard E. Dorsey__ )
Full name and prison number of )
plaintiff(s) )
  )
  )   CIVIL ACTION NO. __2:05cv1034.D__
v. )   (To be supplied by the Clerk of the
  )     U.S. District Court)
__Anthony Clark__ )
__Kevin Smith__ )
  )
_____ )
  )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No ( )

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No ( )

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) __Leonard E. Dorsey__
         Defendant(s) __Greg White etc., Anthony Clark, Dorono Nelson and Jerry Edgar, Judge Frank McGuire III__

      2.   Court (if federal court, name the district; if state court, name the county)
         __The Middle District Northern Division__

      3.   Docket No __2:05cv-565-T) Case: 2:05-CV-892-F__

      4.   Name of Judge to whom case was assigned __Vanzetta McPherson__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _NO_

6. Approximate date of filing lawsuit _June 19, 05 – Sept. 25, 05_

7. Approximate date of disposition _2:05 cv-5657 Aug 19, 05_

II. PLACE OF PRESENT CONFINEMENT _Covington County Jail 290 Hillcrest Dr Andalusia Al 36420_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Covington County Jail 290 Hillcrest Dr Andalusia Al 36420_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Anthony Clark | 290 Hillcrest Dr Andalusia |
| 2. | Kevin Smith | 290 Hillcrest Dr Andalusia 36420 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Sept. 28, 05_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _5th Amendment_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). Captain administrator Kevin Smith have Locked me down in detention after a state inmate struck me in face breaking my nose and cheech Bone I have Remained in detention without privileges that other inmates or intitle to the accused hit me still remain in protective custody and shouldnt be house with Pre Trial Detainees

GROUND TWO: 9th Amendment

SUPPORTING FACTS: I being Bipolar skesofrantic cicous and have filed Many Complaint To protect those Rights have been depeived by Dascrimantion of Perons

GROUND THREE: 14th Amendment

SUPPORTING FACTS: I have been depeived of the privelages of This Jail over again and wishes This insitution place me within equal protection also its been 30 days I've remained in detention without reasonable excuse by kein smith

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Leonard E. Dorsey*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 24 Oct, 2005.
(date)

*Leonard E. Dorsey*
Signature of plaintiff(s)

-3-