**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony Clark
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Dottie Cook_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Debbie Cook

C. Date of Delivery
   11-2-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:05CV1034-D
   C+O                    40

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from s...    7005 1160 0001 3017 0750

...February 2004   Domestic Return Receipt   102595-02-M-1540