IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1034-ID-VPM |
| | ) |
| **ANTHONY CLARK,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ANSWER

COME NOW the Defendants Anthony Clark, Sheriff of Covington County, Alabama, and Kevin Smith, former Interim Jail Administrator of the Covington County Jail, and respond to the Complaint filed by Plaintiff in the above-styled cause and state as follows:

1. Plaintiff brings his suit under 42 U.S.C. § 1983 and claims that his constitutional rights were violated by Defendants.[1] More specifically, as a convicted inmate, the Plaintiff alleges that his rights have been violated in that the Defendants: unlawfully detained him in violation of his 5th Amendment rights; (b) unlawfully discriminated against him in violation of his 9th Amendment rights; and (c) unlawfully detained him in violation of his 14th Amendment Equal Protection rights.

2. Defendants admit that the Plaintiff was incarcerated on or before April 16, 2005, at the Covington County Jail.

3. Defendants deny the remaining allegations and inferences in the Plaintiff's Complaint.

---

[1] The following statement of the issues and claims made by Plaintiff are based upon Plaintiff's Complaint and the undersigned's interpretation of the issues raised. If other issues are presented, Defendants generally deny any such allegations as being untrue and completely without basis in law or fact.

1

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants did not deprive Plaintiff of any constitutional right to which he is entitled.

2. Any claims against Defendants in their official capacities are barred by the Eleventh Amendment and because Defendants are not "persons" under 42 U.S.C. § 1983.

3. Defendants are entitled to qualified immunity in their individual capacities.

4. The Plaintiff's claims are barred due to the Plaintiff's failure to exhaust all available state remedies.

5. The Fifth Amendment's Due Process Clause does not apply to state and local governments, but rather applies only to the federal government.

6. The Ninth Amendment has no direct relation to the Equal Protection rights found in the Fourteenth Amendment.

7. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Court to enter judgment in their favor and grant unto them costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted on this the 12th day of December, 2005.

        **s/Scott W. Gosnell**
        SCOTT W. GOSNELL, Bar Number: GOS002
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        P.O. Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following Non-CM-ECF participant by U.S. Mail, postage prepaid:

    Leonard Dorsey
    Covington County Jail
    290 Hillcrest Drive
    Andalusia, Alabama 36420

        **s/Scott W. Gosnell**
        OF COUNSEL