# EXHIBIT A

| State of Alabama Unified Judicial System | ORDER OF RELEASE FROM JAIL | Case Number |
|---|---|---|
| Form C-42  Rev 8/95 | | _MC 05-043_ |

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. _Leonard Dozier_

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of _Assault 3rd_

Reason for Release _Per Judge McCalman's Order_

Date _04-20-05_          _Nellie Kennedy_      By: _____

COURT RECORD (Original)  JAILER (Copy)          Judge/Clerk/Officer  _Magistrate_

Core 8

Time 10:22 Am

## COVINGTON COUNTY JAIL
### INAMTE REQUEST/GRIEVANCE FORM

NAME __Leonard E. Dorsey__     BLOCK: __B__     DATE __06/13/05__

TELEPHONE CALL     CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL ___     TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
✓ SHERIFF   CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) COMPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To whom it concern

I Leonard Dorsey am asking do meet befor the Grievance committee to odress Pesonal Issues (1) medical (2) living conditions as well other. Please allow me to speak Dfear this committee soon

                                        thank you

CW, CO, comm, Grey white
adm, Seary Edraps

                                        Leonard Dorsey

---

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

APPROVED  ( ) DENIED ( ) **PAY PHONE** ( ) COLLECT ( ) OTHER

We do not have a grievance committee. I have listened and heard your cry about your problem, personal as well as medically. the living conditions are up to the 'inmates' We are aware of the over croddedness which there is nothing we can do kind about the copies I can make you one copy of this grievance form I am all

I _Leonard E. Dorsey_ do herby give my permission for my property here at the Covington County Jail to be picked up by _Jennifer Watson_ (Sister). I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.

_Leonard E. Dorsey_                    Inmate

Wittness _Fred Hallmark_

Date _06/13/05_


_Ethan Dorsey_

Date _06/13/05_

Property picked up by (1) legal 8x10 Envelopes
(2) Standard Envelopes
(1) Ethan Dorsey (Address to)
(1) Jennifer Watson

Copies (8) Send to whom Directed

Time 10:08 pm

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME __Leonard Dorsey__    BLOCK: __B__    DATE. __6/10/05__

TELEPHONE CALL    CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL DIET    TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF    CHIEF JAILER ( )    JAILER ( )    RECORDS OFFICE ( )    CHAPLIAN

IF GRIEVANCE. STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt Dorene nelson

I, Leonard Dorsey am Requesting Property Release to Father Ethan Dorsey or Sister Jennifer watson in Person no later than Saturday 6/11/05

Sheriff: Anthony clark
Adms: Jerry edogar
Lt Jailer: Dorene nelson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED    ( ) DENIED    ( ) PAY PHONE    ( ) COLLECT    ( ) OTHER

Duck
427-4595

*Copies*
*Sent for the*
*Directed*

Time 10:08 pm
Date 6/9/05

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME __Leonard Dorsey__     BLOCK: __B__     DATE: __6/10/05__

( ) TELEPHONE CALL     ( ) CUSTODY CHANGE     (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT     ( ) TIME SHEET     ( ) OTHER     (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
SHERIFF ( ) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

__Lt Dorene Nelson__

Please Allow me to See Notary A Public
6/10/05 If possiable to day's/date

_Leonard Dorsey_

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) **PAY PHONE** ( ) COLLECT ( ) OTHER

Copies
H

Time 10:13
PM

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME _Leenord Dorsey_ BLOCK: _B_ DATE _6/8/05_

( ) TELEPHONE CALL   ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT   ( ) TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
( ) SHERIFF   ( ) CHIEF JAILER   ( ) JAILER   ( ) RECORDS OFFICE   ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To. Adminitration of Covins Co. Jail
I Leonard Dorsey has applied For Legal
Pad as well as stamps on store call.
Why hasn't ordered by Pursonal thats
Responsialbe For Adeins Store Call, I am unable
to Respond to legal mail Properly
Reply

Co. Co Commi' Greg white
Sheriff: Anthony Clark
Adminitration: Jerry Edgar
Lt. Dorene nelson

_Leonard Dorsey_

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

Copies
H

Time 12:2

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard Dorsey     BLOCK: B     DATE: 6/9/05

TELEPHONE CALL     CUSTODY CHANGE     ( ) PERSONAL PROBLEM

SPECIAL ST     TIME SHEET     ( ) OTHER     ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
SHERIFF     CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
LT. Dorene Nelson

Please allow me to talk with you "In person" please
also i need to have "copies" of Request Forms
done. Call My Father + Lawyer
would like to speak with "chaplain me, I'm dying"
                                                    Leonard

Father                          Lawyer
Ethan Dorsey                    Manish Patel
427-4595                        222-915

Sheriff Anthony : Clark
Lt ; Dorene Nelson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

acknowledged   6-9-05
                        Dorene 6-9-05

Copy of 7
H

Time 10:13 PM

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey          BLOCK: B     DATE 6/8/05

( ) TELEPHONE CALL     ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL LIST     ( ) TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BE BRIEF OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( ) SHERIFF   ( ) CHIEF JAILER   ( ) JAILER   ( ) RECORDS OFFICE   ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To admintration of C.C.J many complants
about Leaches in Shower twice
6/7/05, 8:34pm again 10:32pm not only
my self but others as well.

reply

Leonard Dorsy

COV. Co. Comm: Grey white
Sheriff : Anthony Clark
Adm: Jerry Edgar
Lt Jailor Dorene nelson

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I can only advise maintenance of this
problem and I did so on 6-8-05
at 12:04 pm

Dorene 6-9-05

Copies
6

Time 11:30ₚ

## COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Dorsey Leonard    BLOCK: B    DATE: 6/5/05

TELEPHONE CALL    CUSTODY CHANGE    (✓) PERSONAL PROBLEM

SPECIAL LIST    TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST, PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF    ✓ CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE    CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

L.T. Dorene nelson

Please allow me to see notary public
asap
                    Thank you

Gise copy of moneys ( ✗ Leonard Dorsey
on Book

──────────────────────────────────
DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED    ( ) DENIED    ( ) PAY PHONE    ( ) COLLECT    ( ) OTHER

Done  6-7-05
        Dorene

Copy 1
3

Time 9:45 Pm

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey    BLOCK: B    DATE 06/4/05

TELEPHONE CALL    CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL 1ST    TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
✓ SHERIFF  ✓ CHIEF JAILER  ( ) JAILER  (✓) RECORDS OFFICE    CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Leonard Dorsey has Request for new T.B.
Test as well as Phone call to Att: Manish Patel
272-9115.  Father Ethan Dorsey to send money's
before Monday night amount $135.00
            Thank you

            Lt. Dorene Neison

            Leonard

            Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) **PAY PHONE**  ( ) COLLECT  ( ) OTHER

You would need to speak with the nurse in
Reference to the TB test. I called Manish Patels
office his secretary will give him a message to
come speak with you.

            Dorene 6-6-05

cop
(3)

Time 5:47

## COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME _Leonard Dorsey_     BLOCK: _B_     DATE _06/5/05_

TELEPHONE CALL     CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL  ( )     TIME SHEET  ( ) OTHER  ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

L.T. Dorene Nelson

I first like to say iam sorry For my behavior,
you Replyed on that Request based on the medical
06/2/05. I also need to speak with you on
store Recepts of moneys unaccounted for.

Thank you

_Leonard G. Dorsey_

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

il have credited all shortages up to this
oder 6-6-05 if you have any that
il have not credited il need the copy
you have.

_Dorene 6-6-05_

Copies
6

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

Time 6:15 Pm

NAME Leonard Dorsey ___ BLOCK: B ___ DATE 6/2/05

TELEPHONE CALL      CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL LIST      TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

IF REPLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/C

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF    CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE    CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Date 5/31/05 I Leonard Dorsey had Nurse
Visit Complaint cocain Addiction as well
Stress Very Complexed in Need of Medical evaluation
by Psychotic Dr. Just to talk with someone of conceun
Chaplian or medication i don't Know. its a
difficult to stay Focus from Time to Time,
on 5/31/05 i was denied any treatment Please
be concern of this notice.

Reply (why?)

Leonard G. Dorsy

Cov. co. Counan. Grey white
Sheriff Anthony Clark
And Jerry Edagan    Please contact Att. 222-9115
Lt. Davene person

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I had the Chaplain come talk to you on 6-2-05
I also advised the nurse that you needed to
see a psychiatrist no that's out of my hands, medical
has to make that call. I suggest you put in for
sick call and speak with the nurse Conure Lyons
about it. You will need to call access to Care with Medical
possibly

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dorsey_    BLOCK: _C_    DATE: _5/17/05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:

( ) SHERIFF  ( ) CHIEF JAILER  (✓) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF **APPLICABLE.**

Deane

Why haven't you investigated assault
threw other inmates its over 50 inmates
20 inmates being up w/ that time
no investign Question one of can one one else
its been past 72 hour Still no charges
From Sun 2:30 pm - Tue 3:42 pm
reply

                    Thanks

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  (✓) PAY PHONE  ( ) COLLECT  ( ) OTHER

I didn't lock you down and I'm not the
one to charge you so you would need
to forward you grievance to Jailer Dubirst
or Gomez

            Deane 5-18-05

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dusey_    BLOCK _C_    DATE _5/17/05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/O

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( ) SHERIFF  (✓) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

F GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
_Darene_

Explanation why you Prodvey also Cther
Jailor are Charit Partiality on me and
Cther inmates when thier Drugs Sharkes
Gamblin Hant invasion and Gang related
behavier has seen to be over look
Cig, Shoe, Clothen, Bed, Food & Cther

Explain Why have been in Cuntroll of those
Crimes

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

You know it's strange that you only brought
this up that you were locked down.
Why haven't it been mentioned before. I don't
know anything about partiality if there is a problem
then speak with Rodney

Darene 5-18-05

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard Dusey          BLOCK: C      DATE: 5/17/05

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

IF REPLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Darene

Explanation why you Pradvily also other
Jailor are Given Pardeal's on me and
other inmates when their Drugs, Shankes
Gamblin, Home invasion and Gang related
behavior, has seem to be over look
Cig, Shave, Clothen, Bed, Food & other

Explain why have been in Controll of those
Crimes

---

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

You know its strange that you only brought
this up that you were Locked down
why havent it bein mentioned before, I don't
know anything about padiality if there is a problem
there speak with Rodney
                              Dane 5-8-05

COVINGTON COUNTY JAIL          Time 4:20 AM
INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard C. Dorsey          BLOCK: B          DATE: 5/23/05

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓ GRIEVANCE

IF EFFLI. ON TIME YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ✓ RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Leonard C. Dorsey stressed over crowding
B/Block captivity 38 inmates as of now
May, left inmates Sleeping on floor
noise constantly. In need of reply
Jerry Edger - Greg white - Anthony Clark
Please reply

AT NO TIME WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Richard Dorsey_        BLOCK: _C_    DATE _5/7/05_

(✓) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM
Persal call
(✓) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFL OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO

(✓) SHERIFF (✓) CHIEF JAILER (✓) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

F GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

to: whom it concerns Jerry Doane as Jailors
I Richard Dorsey asking permission to call also meet
ten with my attorney Dital Before my Court Date
witch is coming upon the 6/8/05
Reply

Thanks

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

I sent your request back to you on 5·16·05
stating that I contacted your attorney and
left a message with his secretary she said
she would have him come see you

5·17·05 Doane

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dorsey_    BLOCK: _C_    DATE _5/16/05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

IF REPLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
(✓) SHERIFF (✓) CHIEF JAILER (✓) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF **APPLICABLE.**
_5/16/05_

_Complaint asking for someone in authority to answer my_
_complaint of why i've been locked down by jailor_
_Rodney ___ Why i haven't been able to hear_
_from my Atty.    No reply._
_Please give reply_

                            _Leonard C. Dorsey_

_✗ Give to officer Mike Mitchell CO25 on 5/17/05 @ p45 ✗    L.C.D_

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

_You were locked down because of the assault_
_on Basic Shine. i've explained to you_
_about your attorney._
                    _5-17-05 Dorne___

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME _Leonard E. Dorsey_  BLOCK _B_  DATE _5/9/05_

(✓) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT  ( ) TIME SHEET  ( ) OTHER  ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF  (✓) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To: whom it my concern
I Leonard E. Dorsey has been concern
reaching my Lawyer, he will not
recieve collect calls

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

Give me your attorneys name and phone
number. We will contact him and have
him come to see you.

Dorene 5-10-05

| State of Alabama<br>Unified Judicial System<br><br>Form C-42  Rev 8/95 | ORDER OF RELEASE<br>FROM JAIL | Case Number<br><br>*MC05-0170* |
|---|---|---|

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. *Leonard E Dorsey*

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____ *FTA* _____

Reason for Release _____ *Time Served    5 PM* _____

Date _____ *5-6-05* _____   *Janice Shakespeare* By: _____

COURT RECORD (Original)  JAILER (Copy)     Judge/Clerk/Officer

| State of Alabama<br>Unified Judicial System<br>Form CR-41  Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br>**MC05-0000170** |
|---|---|---|

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **COVINGTON** _____ COUNTY

☐ STATE OF ALABAMA  ☒ MUNICIPALITY OF _____ **ANDALUSIA** _____

v. _____ **LEONARD E DORSEY** _____ , Defendant

TO THE JAILER OF _____ **COUNTY JAIL** _____

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _____ **FAILURE TO APPEAR** _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____ **SERVING TIME IN LIEU OF FINES IN THE AMOUNT OF $82.00 OR MUST MAKE A**

**FINE & COST BOND APPROVED BY ANDALUSIA MUNICIPAL COURT MAGISTRATE.**

**RELEASE DATE MAY 6, 2005 AT 5:00 PM**

Sentence: _____ **5 DAYS**

| Date Sentenced<br>**2005-05-02** | Jail Credit<br>**0** | Date Sentence Begins<br>**2005-05-03** |
|---|---|---|

### IDENTIFICATION OF DEFENDANT

| Name of Defendant<br>**LEONARD E DORSEY** | | | | | Telephone Number<br>**(334) 881-0123** |
|---|---|---|---|---|---|
| Social Security Number<br>**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** | Date of Birth<br>**1964-08-23** | Age<br>**40** | Race<br>**BLACK** | Sex<br>**M** | Height<br>**5' 08"** |
| Weight<br>**198** | Hair<br>**BLACK** | Eyes<br>**BROWN** | Other | | |
| Address<br>**801 MYRTLE ST** | | City<br>**ANDALUSIA** | | State<br>**AL** | Zip Code<br>**36420** |
| Name of Employer<br>**UNEMPLOYED** | | | | Employer's Telephone Number | |
| Address | | City | | State | Zip Code |

May 3, 2005
_____
Date

_Janice Shakespeare_
_____
Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

| Covington County Sheriff<br><br>Printed: Tue Apr 26, 2005 | **INMATE DATA**<br>LEONARD EUGENE DORSEY (S416962099) | Booking Number<br>**200007670**<br>Booking Date<br>**APRIL 26th, 2005** |

| Section<br>**B-BLOCK** | Block<br>**B** | Cell | Bed | Social Security Number<br>**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** | Alias | Est Release Date |

| Address<br>**801 MYRTLE ST**<br>**ANDALUSIA AL 36420** | Home Telephone<br>**(334) 427-4595** |

| Sex<br>**M** | Date of Birth<br>**1964-08-23** | Age<br>**40** | Height<br>**5' 07"** | Weight<br>**180** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |

| Next of Kin<br>**ETHAN DORSEY 3**<br>**SAME AS ABOVE** | NOK Telelphone |

| Charge(s)<br>**FTP** | Bond<br>**CASH ONLY 404.00** |

| Jailer  *025  Mitchell, Michael*<br>**CJ020  BASS, DEWEY** | Photo Taken By<br>**CJ020  BASS, DEWEY** | Fingerprinted By |

| Admission Type<br>**ARREST** | Phone Call | NCIC Check |

| Arrest Case Number | DNA Sample By |

| Agency Arrested For<br>**ANDALUSIA** | Arresting Officer |

| Agency Hold For |

| Release Date | Release Time | Release Officer |

Notes

| Covington County Sheriff<br><br>Printed: Tue Apr 26,2005 | **MEDICAL SCREENING FORM**<br>LEONARD EUGENE DORSEY (S416962099) | Booking Number<br>200007670<br>Booking Date<br>APRIL 26th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations
**N/A**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | **Y** N |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE**

Descriptions
**N/A**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _Leonard C. Dorsey_    Date: 4/26/05    Time: 12:26

Officers's Signature _____    Date: 4/26/05    Time: 12:52
CJ020  BASS, DEWEY

Page 1

| Covington County Sheriff Date Issued: Printed: Tue Apr 26,2005 | PROPERTY ISSUANCE LOG LEONARD EUGENE DORSEY (S416962099) | Booking Number 200007670 Booking Date APRIL 26th, 2005 |
|---|---|---|

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance.  If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature  _Leonard Dorsey_    Date: _4/26/05_    Time: _12:38_

Officers's Signature  _____    Date: _4/26/05_    Time: _1252_

All property issued has been returned in same condition issued.

Inmate's Signature  _____    Date: _____    Time: _____

Officers's Signature  _____    Date: _____    Time: _____

# INMATE PROPERTY LOG

## LEONARD EUGENE DORSEY (S416962099)

| Covington County Sheriff | | |
|---|---|---|
| Printed: Tue Apr 26, 2005 | Booking Number 200007670 | |
| | Booking Date APRIL 26th, 2005 | |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | SILVER KNIFE | | |
| 1 | BROWN BOOTS | | |
| 1 | QUARTZ WATCH | | |
| 1 | BLUE JEAN JACKET | | |
| 2 | KEY CHAINS | | |
| 1 | KEY | | |
| 1 | FINGER NAIL CLIPPERS | | |
| 1 | WHITE T-SHIRT | | |
| 1 | BLUE OVER-ALLS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Notes**

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _Leonard E. Dorsey_    Date: _4/26/05_    Time: _12.52_

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _[signature]_    Date: _4/26/05_    Time: _1252_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number 200007385 |
|---|---|---|
| Printed: Wed Mar 23, 2005 | **LEONARD EUGENE DORSEY (S416962099)** | Booking Date MARCH 23rd, 2005 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | BILLFOLD | | | |
| 1 | WATCH | | | |
| 1 | TOOTHEBRUSH | | | |
| 1 | INK PEN | | | |
| 1 | POCKET KNIFE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes    IN BAG WITH NAME

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: 3/28/05 Time: _____

Officers's Signature _____ Date: _____ Time: _____

Page 1

| State of Alabama Unified Judicial System | ORDER OF RELEASE FROM JAIL | Case Number |
|---|---|---|
| Form C-42  Rev 8/95 | | |

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. _Leonard Dorsey_

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense

of _Payment Order_

Reason for Release _Time Served_

Date _3-28-05_          _Janice Shakespear_ By: _____

COURT RECORD (Original)  JAILER (Copy)          Judge/Clerk/Officer

# PRISONER'S JAIL REPORT

S. S. N.# 4 1 6 - 9 6 - 2 0 9 5

BOOKING OFFICER: M. Dulger

NAME: Leonard E Dorsey

DATE: 0 7 / 2 3 / 0 5   TIME: 20:45   AM  PM  (Mil.)

ALIAS: _____

ADDRESS: 108 Myrtle St.

AGE: 40  RACE: B  SEX: M  EYES: Bro  HAIR: Blk

HGT: 507  WGT: 178  D. O. B.: 0 8 / 2 3 / 6 4

PLACE OF BIRTH: Andalusia (City)   Covington (County)   AL (State)

SCARS / MARKS: _____

ARRESTING OFFICER(S): M. Bulger

AGENCY: Andalusia P.D.

OFFENSE: FTA

STATUS: _____  NEXT OF KIN: _____

PHONE NUMBER: ( ___ ) ___ - ___

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: ___ / ___ / ___   TIME: _____ AM  PM  Mil.

RELEASING OFFICER: _____

REMARKS: _____

| Covington County Sheriff | **INMATE SUMMARY** | Booking Number |
|---|---|---|
| | | 200007385 |
| Printed: Wed Mar 23,2005 | **LEONARD EUGENE DORSEY (S416962099)** | Booking Date |
| | | MARCH 23rd, 2005 |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| HOLDING | | | | 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 | | | |

| Address | **108 MYRTLE ST** | Home Telephone |
|---|---|---|
| | **ANDALUSIA  AL  36420** | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1964-08-23 | 40 | 5'  07" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| | |

| Charge(s) | Bond | Arresting Officer |
|---|---|---|
| FTA | NO BOND | A0107  BULGER, MICHAEL |

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|
| | | | |

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times |
|---|---|---|---|---|---|
| | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor | Medications |
|---|---|---|
| | Special Diet | Drug Allergies |
| | Other   DIABETES | |

## PROPERTY

| RECEIVED | BILLFOLD, WATCH, TOOTHEBRUSH, INK PEN, POCKET KNIFE |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Covington County Sheriff<br><br>Printed: Wed Mar 23, 2005 | **MEDICAL SCREENING FORM**<br>**LEONARD EUGENE DORSEY (S416962099)** | Booking Number<br>200007385<br>Booking Date<br>MARCH 23rd, 2005 |

## ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **(Y)** N | Is inmate capable of responding? **(Y)** N | Can inmate walk on own? **(Y)** N |
| Any difficulty breathing? **(Y)** N | Is inmate hostile/aggressive? Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? Y **(N)** |
| Did arrest result in injury? Y **(N)** | Any fever, swollen lymph nodes, or jaundice? Y **(N)** | Is skin in good condition and free of vermin? **(Y)** N |
| Is inmate under obvious influence of alcohol? Y **(N)** | Is inmate under obvious influence of drugs? Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? Y **(N)** |
| Does inmate suggest risk of suicide? Y **(N)** | Do you consider inmate an escape risk? Y **(N)** | |

Observations  **WAS COOPARATIVE AT INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | |
|---|---|---|
| Hepatitis Y **(N)** | Heart Disease Y **(N)** | Mental/Emotional Upset Y **(N)** |
| Tuberculosis Y **(N)** | Hypertension Y **(N)** | Attempted Suicide Y **(N)** |
| Sexually Transmitted Disease Y **(N)** | Epilepsy/Convulsions Y **(N)** | Asthma/Emphysema Y **(N)** |
| Ulcers Y **(N)** | Hemophiliac (bleeder) Y **(N)** | Cancer Y **(N)** |
| Kidney Trouble Y **(N)** | Aids/Exposed to Aids Y **(N)** | Diabetes **(Y)** N |
| DT's Y **(N)** | Skin Problems Y **(N)** | Use Insulin Y **(N)** |
| Drug Addiction Y **(N)** | Alcholism Y **(N)** | Mental Illness Y **(N)** |
| Recent Head Injury Y **(N)** | Coughed/Passed Blood Y **(N)** | Recent Hospital Patient Y **(N)** |
| Recent Treatment Y **(N)** | Use Needles Y **(N)** | False Limbs/Teeth Y **(N)** |
| Contagious Disease Y **(N)** | Pregnant/Recent Delivery Y **(N)** | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff<br>Date Issued:<br>Printed: Wed Mar 23, 2005 | PROPERTY ISSUANCE LOG<br><br>LEONARD EUGENE DORSEY (S416962099) | Booking Number<br>200007385<br>Booking Date<br>MARCH 23rd, 2005 |
| --- | --- | --- |

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
| --- | --- | --- | --- | --- |
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

All property issued has been returned in same condition issued.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

Page 1