IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1034-ID-VPM |
| | ) |
| **ANTHONY CLARK,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF INTENT TO SUPPLEMENT

COME NOW the Defendants Anthony Clark, Sheriff of Covington County, Alabama, and Kevin Smith, former Interim Jail Administrator of the Covington County Jail, by and through the undersigned, and give this Honorable Court notice of their intent to file a Supplement the Special Report filed contemporaneously with this Notice, and in support state the following:

1. The Special Report relies upon testimony contained in the signed affidavits of the Defendants, as well as the Plaintiff's inmate file. However, said affidavits and inmate file were inadvertently sent via overnight mail to the prior address of defense counsel, and attempts to have the package containing said affidavits and inmate file re-delivered to the correct address have been unavailing. Therefore, Defendants have filed their Special Report with unsigned affidavits, and with an incomplete inmate file.

2. It is the belief of the undersigned that the aforementioned package will be delivered on December 13, 2005, at which time Defendants intend to file, with this Court's permission, a Supplement to their Special Report.

3. This delay in filing was inadvertent, unforeseeable, and will in no way prejudice the Plaintiff.

Respectfully submitted on this the 12th day of December, 2005.

> s/Scott W. Gosnell
> SCOTT W. GOSNELL, Bar Number:  GOS002
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road (36117)
> P.O. Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  sgosnell@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following Non-CM-ECF participant by U.S. Mail, postage prepaid:

> Leonard Dorsey
> Covington County Jail
> 290 Hillcrest Drive
> Andalusia, Alabama  36420

> s/Scott W. Gosnell
> OF COUNSEL

2