**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **CIVIL ACTION NO.:  2:05-CV-1034-ID-VPM** |
| | ) |
| **ANTHONY CLARK,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO SUPPLEMENT SPECIAL REPORT**

COME NOW the Defendants Anthony Clark, Sheriff of Covington County, Alabama, and Kevin Smith, former Interim Jail Administrator of the Covington County Jail, by and through the undersigned, and, pursuant to the Notice of Intent filed on December 12, 2005, move this Honorable Court to allow Defendants to file a Supplement to the Special Report previously filed by Defendants, as follows:

1.      The attached Inmate File of the Plaintiff is a more complete copy of the inmate file attached as Exhibit A of Defendants' Special Report;

2.      The attached affidavits of Sheriff Anthony Clark and Deputy Kevin Smith are properly signed and notarized, and should be substituted as Exhibits B and C, respectively, to Defendants' Special Report.

Wherefore, above premises considered, Defendants Anthony Clark and Kevin Smith respectfully move this Honorable Court to allow them to supplement their Special Report with the attached materials.

1

Respectfully submitted on this the 13th day of December, 2005.

        **s/Scott W. Gosnell**
        SCOTT W. GOSNELL, Bar Number:  GOS002
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        P.O. Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following Non-CM-ECF participant by U.S. Mail, postage prepaid:

        Leonard Dorsey
        Covington County Jail
        290 Hillcrest Drive
        Andalusia, Alabama  36420

        **s/Scott W. Gosnell**
        OF COUNSEL