# Exhibit A, Part 1

| State of Alabama<br>Unified Judicial System<br>Form CR-41 Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br>MC05-0000170 |
|---|---|---|

IN THE MUNICIPAL COURT OF COVINGTON COUNTY

☐ STATE OF ALABAMA ☒ MUNICIPALITY OF ANDALUSIA

v. LEONARD E DORSEY, Defendant

TO THE JAILER OF COUNTY JAIL

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of FAILURE TO APPEAR

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: SERVING TIME IN LIEU OF FINES IN THE AMOUNT OF $82.00 OR MUST MAKE A FINE & COST BOND APPROVED BY ANDALUSIA MUNICIPAL COURT MAGISTRATE.

RELEASE DATE MAY 6, 2005 AT 5:00 PM

Sentence: 5 DAYS

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| 2005-05-02 | 0 | 2005-05-03 |

## IDENTIFICATION OF DEFENDANT

| Name of Defendant | | | | | Telephone Number |
|---|---|---|---|---|---|
| LEONARD E DORSEY | | | | | (334) 881-0123 |
| **Social Security Number** | **Date of Birth** | **Age** | **Race** | **Sex** | **Height** |
| 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 | 1964-08-23 | 40 | BLACK | M | 5' 08" |
| **Weight** | **Hair** | **Eyes** | **Other** | | |
| 198 | BLACK | BROWN | | | |
| **Address** | **City** | | | **State** | **Zip Code** |
| 601 MYRTLE ST | ANDALUSIA | | | AL | 36420 |
| **Name of Employer** | | | **Employer's Telephone Number** | | |
| UNEMPLOYED | | | | | |
| **Address** | **City** | | | **State** | **Zip Code** |
| | | | | | |

May 3, 2005
Date

[signature]
Judge/Clerk/Magistrate

COURT RECORD (Original) JAILER (Copy)

State of Alabama
Unified Judicial System
Form C-42 Rev 2/95

# ORDER OF RELEASE FROM JAIL

Case Number
MC05-0170

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V Leonard E Dorsey

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of FTA

Reason for Release Time Served 5PM

Date 5-6-05 Janice Shakespeare By: ______

Judge/Clerk/Officer

COURT RECORD (Original) JAILER (Copy)

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey BLOCK: D DATE: Sept 9, 2005

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM
( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

PROPERLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Captain: Kevin Smith
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Captain; Kevin Smith

Sir

I'm Respectfully asking to consider work Release this would Help me Rebuild as a person also pay restitution witch will be order by the Court. My Attorney has address the D.A. and also Judge Please allow phone call to my counsel on legal matter's. I'm not on are doing drug's and promise to respect all rule's of regulation advable through work release Please grante this order through or by Counsel of Request thank you for your time

Sincerely Dorsey

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Can not due to your charges

[signature] 9/12/05

Leonard L Dorsey DATE 04/18/2005

CUSTODY CHANGE / PERSONAL PROBLEM

TIME SHEET ( ) OTHER ✓ GRIEVANCE

GRIEVANCE THEN PRESENT TO O/C

PLEASE CHECK TO WHOM IT IS DIRECTED TO Mrs Linda Benson

✓ SHERIFF ✓ CHIEF JAILER (✓) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Mrs Linda Benson

please allow me to Notary and Law library

Leonard L Dorsey

BELOW THIS LINE IS FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Brought Dorsey for notary on 10-19-2005

Will go to law library on 10-19-2005

L Benson

10-19-2005

TIME SHEET ( ) OTHER GRIEVANCE

... OUR REQUEST/GRIEVANCE THEN PRESENT TO ...

REQUEST ... IS DIRECTED TO ... Administrator chief

CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ... CHAPLAIN

... STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

Jail administrator

need notary; Indigent pack envelopes paper or legal pad also law library

Leonard C. Davis

... FOR REPLY ONLY

... ED DENIED ( ) PAY PHONE ... COLLECT ... OTHER

Notary will be here 8:00am 10-6-05 please be up for notary. I'll have you brought up the library ASAP. Wade 10-6-05.

I don't have any legal pads envelopes and copy paper. Sending Linda Jones

10-6 ...

| Covington County Sheriff<br>Printed: Tue Apr 26,2005 | MEDICAL SCREENING FORM<br>LEONARD EUGENE DORSEY (S416962099) | Booking Number 200007670<br>Booking Date APRIL 26th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| Question | Answer | Question | Answer | Question | Answer |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations
N/A

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Answer | Condition | Answer | Condition | Answer |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | (Y) N |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address
NONE

Health Insurance
NONE

Special Diet
NONE

Prescriptions/Medications
NONE

Drug Allergies
NONE

Descriptions
N/A

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature [signature] Date: 4/26/05 Time: 12:26

Officers's Signature [signature] Date: 4/26/05 Time: 12:52
CJ020 BASS, DEWEY

C... ...ton County Sheriff
Date issued:
Printed: Tue Apr 26,2005

# PROPERTY ISSUANCE LOG

LEONARD EUGENE DORSEY (S416962099)

Booking Number
200007670
Booking Date:
APRIL 26th. 2005

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature [signature] Date: 4/26/05 Time: 12:36

Officers's Signature [signature] Date: 4/26/05 Time: 1252

All property issued has been returned in same condition issued.

Inmate's Signature ______ Date: ______ Time: ______

Officers's Signature ______ Date: ______ Time: ______

Covington County Sheriff

Printed: Tue Apr 26 2005

# INMATE PROPERTY LOG

LEONARD EUGENE DORSEY (S416962099)

Booking Number 200007670

Booking Date APRIL 26th, 2005

| Cash | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | SILVER KNIFE | | |
| 1 | BROWN BOOTS | | |
| 1 | QUARTZ WATCH | | |
| 1 | BLUE JEAN JACKET | | |
| 2 | KEY CHAINS | | |
| 1 | KEY | | |
| 1 | FINGER NAIL CLIPPERS | | |
| 1 | WHITE T-SHIRT | | |
| 1 | BLUE OVER-ALLS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature [signature] Date: 4/26/05 Time: 12:52

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature [signature] Date: 4/26/05 Time: 1252

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature ______ Date: ______ Time: ______

Officers's Signature ______ Date: ______ Time: ______

Covington County Sheriff

Printed: Wed Mar 23,2005

# INMATE PROPERTY LOG

## LEONARD EUGENE DORSEY (S416962099)

Booking Number 200007385

Booking Date MARCH 23rd, 2005

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | BILLFOLD | | |
| 1 | WATCH | | |
| 1 | TOOTHEBRUSH | | |
| 1 | INK PEN | | |
| 1 | POCKET KNIFE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes IN BAG WITH NAME

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature ______________________ Date: ____________ Time: ________

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature ______________________ Date: ____________ Time: ________

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature ______________________ Date: ____________ Time: ________

Officers's Signature ______________________ Date: ____________ Time: ________

| State of Alabama<br>Unified Judicial System<br><br>Form C-42 Rev 8/95 | ORDER OF RELEASE FROM JAIL | Case Number |
| --- | --- | --- |

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. [illegible]

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of Payment Order

Reason for Release Time Served

Date 3-28-05 [signature] By: ______

COURT RECORD (Original) JAILER (Copy) Judge/Clerk/Officer

# PRISONER'S JAIL REPORT

S.S. NO.: 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

BOOKING OFFICER: M. Bulger

NAME: Leonard E Dorsey

DATE: 0 1 / 2 3 / 0 5 TIME: 20:45 AM PM (MIL)

ALIAS:

ADDRESS: 103 Myrtle St.

AGE: 40 RACE: B SEX: M EYES: Bro HAIR: Blk

HGT: 5'07 WGT: 178 D.O.B.: 0 8 / 2 3 / 6 4

PLACE OF BIRTH: Andalusia (City) Covington (County) AL (State)

SCARS / MARKS:

ARRESTING OFFICER(S): M. Bulger

AGENCY: Andalusia P.D.

OFFENSE: FTA

STATUS: NEXT OF KIN:

PHONE NUMBER: ( ) -

SENTENCE BEGINS:

SENTENCE ENDS:

HOLDS:

BEHAVIOR:

HOW RELEASED:

DATE: / / TIME: AM PM Mil.

RELEASING OFFICER:

REMARKS:

Covington County Sheriff

Printed: Wed Mar 23 2005

# INMATE SUMMARY

## LEONARD EUGENE DORSEY (S416962099)

Booking Number: 200007385

Booking Date: MARCH 23rd, 2005

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| HOLDING | | | | 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 | | |

Address: 108 MYRTLE ST
ANDALUSIA AL 36420

Home Telephone:

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1964-08-23 | 40 | 5' 07" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

Next of Kin:

NOK Telelphone:

| Charge(s) | Bond | Arresting Officer |
|---|---|---|
| FTA | NO BOND | A0107 BULGER, MICHAEL |

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|
| | | | |

## MEDICAL

**ADVISORY**

| Medication | Dosage | Doses/Day | Date Ends | Times | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

**DISPENSED**

| Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**TREATMENT**

| Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|
| | | | | | |

**NOTES**

Doctor:

Medications:

Special Diet:

Drug Allergies:

Other: DIABETES

## PROPERTY

RECEIVED: BILLFOLD, WATCH, TOOTHEBRUSH, INK PEN, POCKET KNIFE

RETURNED:

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Covington County Sheriff<br>Printed: Wed Mar 23,2005 | MEDICAL SCREENING FORM<br>LEONARD EUGENE DORSEY (S416962099) | Booking Number<br>200007385<br>Booking Date<br>MARCH 23rd, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| Question | Answer | Question | Answer | Question | Answer |
|---|---|---|---|---|---|
| Is inmate conscious? | Y (circled) | Is inmate capable of responding? | Y (circled) | Can inmate walk on own? | Y (circled) |
| Any difficulty breathing? | Y (circled) | Is inmate hostile/aggressive? | N (circled) | Any visible signs of trauma, bleeding, wounds or illness? | N (circled) |
| Did arrest result in injury? | N (circled) | Any fever, swollen lymph nodes, or jaundice? | N (circled) | Is skin in good condition and free of vermin? | Y (circled) |
| Is inmate under obvious influence of alcohol? | N (circled) | Is inmate under obvious influence of drugs? | N (circled) | Any visible signs of alcohol or drug withdrawal symptons? | N (circled) |
| Does inmate suggest risk of suicide? | N (circled) | Do you consider inmate an escape risk? | N (circled) | | |

Observations
WAS COOPARATIVE AT INTAKE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Answer | Condition | Answer | Condition | Answer |
|---|---|---|---|---|---|
| Hepatitis | N (circled) | Heart Disease | N (circled) | Mental/Emotional Upset | N (circled) |
| Tuberculosis | N (circled) | Hypertension | N (circled) | Attempted Suicide | N (circled) |
| Sexually Transmitted Disease | N (circled) | Epilepsy/Convulsions | N (circled) | Asthma/Emphysema | N (circled) |
| Ulcers | N (circled) | Hemophiliac (bleeder) | N (circled) | Cancer | N (circled) |
| Kidney Trouble | N (circled) | Aids Exposed to Aids | N (circled) | Diabetes | Y (circled) |
| DT's | N (circled) | Skin Problems | N (circled) | Use Insulin | N (circled) |
| Drug Addiction | N (circled) | Alcholism | N (circled) | Mental Illness | N (circled) |
| Recent Head Injury | N (circled) | Coughed/Passed Blood | N (circled) | Recent Hospital Patient | N (circled) |
| Recent Treatment | N (circled) | Use Needles | N (circled) | False Limbs/Teeth | N (circled) |
| Contagious Disease | N (circled) | Pregnant/Recent Delivery | N (circled) | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature ______________________ Date: ____________ Time: ________

Officers's Signature ______________________ Date: ____________ Time: ________

Covington County Sheriff
Date Issued:
Printed: Wed Mar 23,2005

# PROPERTY ISSUANCE LOG

LEONARD EUGENE DORSEY (S416962099)

Booking Number
200007385

Booking Date
MARCH 23rd, 2005

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature ______________________ Date: ____________ Time: ________

Officers's Signature ______________________ Date: ____________ Time: ________

All property issued has been returned in same condition issued.

Inmate's Signature ______________________ Date: ____________ Time: ________

Officers's Signature ______________________ Date: ____________ Time: ________

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK: D DATE Aug. 25, 05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Southern Health Partners In.
(✓) SHERIFF (✓) CHIEF JAILER (✓) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Kevin Smith

Im in need to see Dr mcwhorter for chest pain Dr. Will not allow me to sick call. Im in need of examination by Doctor or Hospital Please Redress also in need of mental Health Vest

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

You need to see the nurse for sick call. The medical staff makes all the medical decisions

[signature]

4:40 PM

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard L. Dorsey BLOCK: D DATE Aug 24 2005

TELEPHONE CAL CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Kevin Smith
SHERIFF CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Jail administrator mr. Kevin Smith

I Leonard L. Dorsey respectfully plead that sir you would consider helping me make paid work release. I believe this work release would do me alots of good as a person as well give me a chance to rebuild my life. please consider Thank you for your undersound Time; please Redress

Paid work Release

Leonard L. Dorsey

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED (X) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I can't due to your present charges. If the assault charge was not there I could have a possibility.

Kevin Smith

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey BLOCK: D DATE: 08/31/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Kevin Smith
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Administration; Kevin Smith

I Leonard would like notary for legal matters please

Leonard Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

(✓) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I will add your name to the list.

[signature]

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dusey BLOCK C DATE 5/17/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( )SHERIFF (✓)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Dorene

Explanation why you Brantley also other Jailor are Shown Partial to on me and other inmates when their Drugs Shanks Gamblin Home invasion and Gang related behavior has seem to be over look Cig, Shoes, Clothen, Bed, Food & Other

Explain why have been in Control of these crimes

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

[illegible] it's strange that you only brought this up after that you were [illegible] down. [illegible] it been mentioned before. I don't [illegible] anything about partiality & if there is a problem [illegible] speak with Rodney

[illegible] 5-18-05

Leonard E. Dorsey BLOCK C DATE Nov 2, 05 Copy

CHANGE PERSONAL PROBLEMS

GRIEVANCE OTHER

GRIEVANCE THE PRESENT TO

CHECK TO WHOM IT IS DESIRED TO

JAILER RECORDS OFFICE CHAPLAIN

THE PARTIES INVOLVED AND NAMES OF

Kevin Smith / Anthony Clark

Inmate's in this jail has missed cigarette, C.O. Kelley Burkett has stolen from other inmates and given these cigarettes away. This is wrong there was a couple missing from my pack last week.

Leonard Dorsey

I will speak to the C/O's regarding this matter.

Kevin Smith 11/3/05

COVINGTON COUNTY JAIL Time 4:20 AM
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK: B DATE: 5/23/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓) SHERIFF ( ) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE (✓) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Leonard E. Dorsey Stressed over Crowding B/Block captivity 38 inmates as of new Mar. left inmatel. Sleeping on Floor Noise Constantly. In need of reply Jerry Edager - Greg White - Anthony Clark Please reply

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK [illegible] DATE 5/7/05

(✓) TELEPHONE CALL Personal Call ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

(✓) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓)SHERIFF (✓)CHIEF JAILER (✓)JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

to: whom it concerns Jerry [illegible] Jailer
I Leonard Dorsey asking permittion [illegible] also meet with my attorney [illegible] before my Court Date witch is coming upon the 6/8/05
reply

Thanks

WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I sent your request back to you on 5-16-05 stating that I contacted your attorney and left a message with his [illegible] she said she would have him come see you

[illegible]

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME [illegible] BLOCK: C DATE 5/16/05

( ) TELEPHONE CALL (✓) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

PLEASE FILL OUT YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓)SHERIFF (✓)CHIEF JAILER (✓)JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

5/16/05

Complaint asking for someone of author- to answer my complaint of why I've been locked down by Jailor Rodney [illegible] why I haven't been able to hear from my Atty. No Reply. Please give reply

Leonard L. Darsey

* Give to officer Mike Mitchell CJ025 on 5/17/05 @ 0845 * L.G.D.

BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

You were locked down because of the assault on Pasic Shine. I've explained to you about ur attorney.

5-17-05 Dorne

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Richard C. Dorsey BLOCK B DATE 5/9/05

(✓) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE, THEN PRESENT TO O/C

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To: whom it may Concern
I Richard C. Dorsey has been concern reaching my lawyer, he will not accept collect calls

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY!

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Get me your attorney name and phone number. We will contact him and have him come to see you.

Dorene 5-10-05

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard C. Drury BLOCK: B DATE 07/10/05

TELEPHONE CALL  CUSTODY CHANGE  ( ) PERSONAL PROBLEM

SPECIAL VISIT  TIME SHEET  ( ) OTHER  ( ✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF ✓CHIEF JAILER ( )JAILER ( ✓)RECORDS OFFICE ( CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt: Dorene nelson

Mrs Nelson

I'm sorry for any wrong I have done against you are this administration. I only ask for Grievance's to be Redress of the importants of Due process of the Administration that you Mrs. nelson have Contact or thru Sworn Oath before the elected body of the State and County and people. I have never asked any thing of your Duties that is not Required by the power's Vested thru or by the elec body or this institution of Corrections. God was the True Elect of the elected Body that elected you. why would one serve the Creations Rather than the Creator? we all are fallen before GoD, not some Everyone even the Elected body of Covington Co. under the State of Alabama. Please Redress Grievances: of notary, Indigent or Hardship inmates HandBooklet, Complaint Form 18.6, law library, Grievance Committe and way of mental Defect or my person to be handle appropritly thereof.

Please Request Reply

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I have answered your request or grievances if they are addressed to me and I recieve them. I give you a notary everytime you request one. I do not have hand booklets, complaint forms or committee. The times are posted for the law [illegible]

| State of Alabama<br>Unified Judicial System<br>Form C-42 Rev 8/95 | ORDER OF RELEASE FROM JAIL | Case Number<br>MC05-043 |
|---|---|---|

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. [illegible]

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of Assault 3rd

Reason for Release Per Judge McCalman's orders

Date 06-20-05 [illegible signature] By: ______

COURT RECORD (Original) JAILER (Copy) Judge/Clerk/Officer [illegible signature]

Time 10:22 Am

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard L. Dorsey BLOCK: B DATE: 06/13/05

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:

✓ SHERIFF ✓ CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ✓ ) CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To whom it concern

I. Leonard Dorsey am asking do meet befor the Grievance committee to adress personal Issues (1) medical (2) living condistions as well other please allow me do speak befor this committee soon

thank you

COV. CO. COMM: Grey white
adm: Jerry Edgar

Leonard Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

We do not have a grievance committee. I have listened and heard your cry about your problem, personal as well as medically. The living conditions are up to the inmates. We are aware of the overcrowdedness which there is nothing we can do about the copies. I can make you one copy of this grievance form. You all are getting [illegible]

I Leonard E. Dorsey do herby give my permission for my property here at the Covington County Jail to be picked up by Jennifer Watson (sister). I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.

Leonard E. Dorsey Inmate

Witness Fred Stallworth

Date 06/13/05

[illegible]

Date [illegible]

Property picked up by: 1 legal size envelope
(2) standard envelopes
(1) Leonard Dorsey (address for)
(1) Jennifer Watson

Time 10:05 pm

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK: B DATE 6/10/05

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt Dorene nelson

I, Leonard Dorsey am Requesting property Release to father Ethan Dorsey or Sister Jennifer Watson in person no later than Saturday 6/11/05

Sheriff: Anthony clark
Admin: Jerry Edgar
Lt Jailer: Dorene nelson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Duck
427-1595

Jailers copy/Sherriff/Jail manager

# INMATE GRIEVANCE FORM

This form is to be utilized by the inmate in filing a grievance against the medical staff and/or medical treatment received or not received. If the matter is not appropriate for a grievance, this form will be returned to you marked NO ACTION REQUIRED. Once this form has been appropriately completed, please forward it to the medical staff through the correct channels. The medical staff will review all grievances, and take appropriate action to remedy the grievance.

Today's Date: 8/29/05 Inmate Name: __________

Inmate's Name: LEONARD EUGENE DORSEY

Cell No./Location: D-Block ID # and/or S.S.#: 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

**Description of Grievance:**

__________

**Witness(es):** 1. __________
2. __________
3. __________

**Inmate Signature:** __________

---

**TO BE COMPLETED BY MEDICAL STAFF:**

**Date Received Grievance:** 8/29/05 **Received by:** J Mitchell Rn

**Action to be taken:** ***If no action needed, why?***

You were explained by nurse D. Carey that Herb McIntosh was trying to get you an Appt at Mental Health we have no control over this. We do not see pt in our Clinic for Mental Health. I left a message today for him to contact us.

Please forward a copy of this Grievance Form to the inmate, if security allows. Otherwise, verbalize action to be taken, etc. Another copy of the Grievance Form should be sent to the corporate office.

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK C DATE 5/17/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( )SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Darent

Why havent you Investagated assault
thrdw other Imates its over 50 Inmates
20 Inmates being up at that time.
no Investager Question me or any one else
its been past 72 hour still no charge's
From Sun 2:30 pm - Tue. 3:42 PM
reply

Thanks

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I didn't lock you down and I'm not the one to charge you, so you would need to forward your grievance to Walter Inabinett or Jimmy

Darent 5-18-05

Rec'd
Send to where Directed

Time 10:08 pm
Date 6/9/05

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dasey BLOCK B DATE 6/10/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt Darane Nelson

Please Allow me to see notary public 6/10/05 If Possible to day & date

Leonard Dasey

BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Copy
H

Time 10:13 PM

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK: B DATE 6/8/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓) SHERIFF (✓) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To. Administration of Covington Co. Jail
I Leonard Dorsey has aplyied for legal pad as well as stamps on store call,
why hasn't ordered by personal thats responsiable for ordering store call. I am unable to respond to legal mail ~~properly~~ properly
Reply

Cc Co. Comm. Greg white
Sheriff Anthony Clark
Administration: Jerry Edegar
Lt. Doreen nelson

Leonard Dorsey

BELOW THIS LINE - FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

copies
H

Time 12:20 PM

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK B DATE 6/6/05

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓) SHERIFF (✓) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE (✓) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

LT. Darene nelson

Please allow me to talk with you "in person" please
also i need to have "copies" of Request Forms
done. Call my Father + Lawyer
would like to Speak with "Chaplain mr. Tom curry"
Leonard

Father — Ethan Dorsey — 427.4595

Lawyer — Manish Patel — 222-9115

Sheriff Anthony ; Clark
Lt ; Darene Nelson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

[illegible]

Time 10:17 pm

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard Dorsey BLOCK: B DATE: 6/8/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To adminstration of C.C.J many complants about Leeches in Shower twice 6/7/05, 8:34pm again 10:32pm not only my self but others as well.

reply

Leonard Dorsey

CC: Co. Comm' Greg White
Sheriff: Anthony Clark
Admin: Jerry Edgar
Lt Jailer: Darene Nelson

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I can only advise maintenance of the problem and I did so on 6-8-05 at [illegible] pm

[illegible] 6-8-05

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard Dusey BLOCK: C DATE 5/17/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE: STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Dorene

Explanation why you Rodney also other Jailor are shown partiality on me and other inmates when their Drugs Shankes Gamblin Home invasion and Gang related behavior has seem to be over look Cig, Shoes, Clothes, Bed, Food & other Explain why have been in control of these Crime's

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

You know, it's strange that you only brought this up now that you were locked down. Why haven't it been mentioned before. I don't know anything about partiality if there is a problem there speak with Rodney.

Dorene 5-18-05

COP - Doc

ACR359

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2005 000019.00 02
CHARLES A SHORT

CIRCUIT COURT OF COVINGTON COUNTY — COURT ORI: 023015 J

STATE OF ALABAMA VS.
DORSEY BRANDON
209 STALLWORTH ST
ANDALUSIA AL 36420

ALIAS: PEANUT
ALIAS:

DC NO: GJ 2004 400224.00
G J: 224;232-3
SSN: 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
SID: 000000000
AIS:

DOB: 10/20/1983 SEX: M HT: 5 07 WT: 170 HAIR: BLK EYE: BRO
RACE: ( )W (X)B ( )O COMPLEXION: ________ AGE: ____ FEATURES: ______

DATE OFFENSE: 09/05/2004 ARREST DATE: 09/05/2004 ARREST ORI: 0230100

| CHARGES @ CONV | CITES | CT CL | COURT ACTION | CA DATE |
|---|---|---|---|---|
| THEFT OF PROP 2ND | 13A-008-004 | 01 C | GUILTY PLEA | 08/19/2005 |

JUDGE: CHARLES A. SHORT PROSECUTOR: LOGGINS EUGENIA L

PROBATION APPLIED (X)Y( )N 08192005 GRANTED (✓)Y( )N DATE 8/19/05 - Split REARRESTED DATE ( )Y( )N ________ REVOKED DATE ( )Y( )N ________

15-18-8, CODE OF ALA 1975
(X)Y ( )N

| | IMPOSED | SUSPENDED | TOTAL | JAIL CREDIT |
|---|---|---|---|---|
| CONFINEMENT: | 00 09 000 | 04 03 000 | 04 12 000 | 00 00 185 |
| PROBATION : | 04 03 000 | | 04 03 000 | |

DATE SENTENCED: 08/19/2005 SENTENCE BEGINS: 08/19/2005

PROVISIONS

PENITENTIARY
CONCURR SENT
SPLIT SENTENC

| COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $841.07 | $841.07 |
| ATTORNEY FEE | $413.50 | $413.50 |
| CRIME VICTIMS | $100.00 | $100.00 |
| COST | $377.00 | $377.00 |
| FINE | $0.00 | $0.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $1731.57 | $1731.57 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
|---|---|---|---|
| ( )Y(✓)N ________ | ( )Y( )N ________ | ( )Y( )N ________ | ( )Y( )N ________ |

REMARKS:

THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT.

Roger A. Powell
ROGER A POWELL

08/29/2005

OPERATOR: PAH
PREPARED: 08/29/2005