# Exhibit A, Part 2

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | CASE NO. CC-2005-19 |
| BRANDON DORSEY, | * | |
| DEFENDANT. | * | |

FILED IN OFFICE

AUG 1 9 2005

CLERK

ORDER

The Defendant appeared in open Court in ~~person with~~ Honorable Larry Grissett, his attorney of record, on the 19th day of August, 2005, and pleaded guilty to the offenses of Theft of Property in the Second Degree, as charged in Count Two of the indictment and Domestic Violence in the Third Degree (Menacing), as charged in Count Three of the indictment. Upon his plea of guilty, the Court adjudged the Defendant guilty of Theft of Property in the Second Degree under Count Two of the indictment and Domestic Violence in the Third Degree (Menacing) under Count Three of the indictment and sentenced the Defendant and/or imposed orders as follows:

(1) Defendant is sentenced to serve five (5) years imprisonment in the Penitentiary of Alabama under Count Two and one (1) year in the Covington County, Alabama Jail under Count Three of the indictment. Said sentences are to run concurrently with each other. Said sentence is to be split as follows: Defendant is to serve nine (9) months, with credit for time served. However, upon proof of employment, the Defendant is to be admitted to probation, upon motion of the State of Alabama. If the Defendant loses this employment within the next three (3) months, he is to report to the

Covington County Jail to serve the balance of his split sentence.

(2) Defendant is ordered to pay all Court costs, including the fees of his Court appointed attorney; $100.00 to the Victim's Compensation Fund; restitution in the amount of $50.00 to Christopher C. Abbott, $66.42 to Susan Gerry, $724.65 to Harold E. Parker and any other assessments required by law.

(3) All remaining counts, as to this Defendant, are dismissed on motion of the State of Alabama.

(4) Defendant is to pay all Court ordered assessments at a minimum rate of $100.00 per month, the first payment due within 30 days of release from incarceration.

(5) Restitution is to be paid before any assessments or penalties other than the criminal docket fee.

Done and Ordered this 19th day of August, 2005.

CHARLES A. SHORT
CIRCUIT JUDGE

FILED IN OFFICE

AUG 1 9 2005

CLERK

# COVINGTON COUNTY JAIL
# INMATE REQUEST /GRIEVANCE

NAME Dewayne Foster BLOCK D DATE 10-29-05
( ) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE (✓) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (✓)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[illegible]
APPLICABLE.

I first want to thank you for giving me the opportunity to work I enjoy working and like my job I write this request to you to ask you to consider transfering me to a trustee as you should know I have alot of experience I understand openings are coming available this week would you consider me being a trustee I will work and cause no problems I thank you for your consideration I do not want to be misunderstood I like working my job now but I just ask that you consider me as trustee keep me in mind

Thank You
Dewayne Foster

SECTION BELOW THIS LINE FOR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

No openings at this time, but I will keep you in mind.

Kevin Smith
10/31/05

9:2/c

# COVINGTON COUNTY JAIL
# INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey BLOCK: A DATE: 07/16/05

TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL DIET ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt Darene Nelson

I've asked Jailors and now you to have an Investigator to See Me and two more Inmates Johnnie Redman, Terrence Stallworth on Matter's of Complaint against Gang Volants of B/Block of many acts of Virable? physical Volants please Have Investigator by Request See me "Stress"

Thank you

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Notified Elliot King investigations 7-18-05

[illegible] 7-18-05

Lt Denise Nelson

MS. Nelson

Im Sorry I Leonard G. Dorsey Im writing concerning many Issues with all Respect as a person as a Inmate of Covington Co. Jail I know you are tired of Me. forgive me I have filed many Grievances of Importants only 5 have you Redressed. the Importants here I Grief over' notary public copy machine of legal matters, things you call legal dose not Require your thoughts. I plea with you and I to come to forgiveness of unhuman Cruel & unusual thoughts and Punishment as to How one would look on address on Redress humans on persons Me as a Inmate of this Institution of Correction feel the need to be better through this rehibilitations of said Correctional Covington County Jail by strenght in GOD in Medical Treatment thru the Power Vest in you thru the Elect Body of the State, County of Said Jurisdictions. I Grief in hope of Relief through GOD Almighti thru the Elected Body of State, County and Administration of your vested Powers of the US. Constitutional Rights Granted you & me I being "Bi-Polar Sketsofrantic" am in fear of self other lack of Space, overcrowdness, unsanitations, Contant noise "24 hrs" What of who should I speck with other than you MRS. Nelson Please Inform of person or persons of form's of Complaints upon Request of Reply Thank you MRS. Nelson

You are addressing over + over again the same thing I have already answered 7-13-05

Dorene

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard G. Dorsey BLOCK: B DATE 07/09/05

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET ( ) OTHER ✓ GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF ✓ CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Anthony Clark or Denise Nelson

I Leonard G. Dorsey Am asking being Indigent and unable to pay for Certified Legal mail to the Address to Sender or Senders of said person would the correctional Institutions or the Covington Co. Jail Pay for this mail as also I need One Personally Release form, notary Public, One 1.5.6 Complaint form. Respond in timely fashion by Reply

Lt: Denise Nelson

Leonard G. Dorsey

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

All you need to do is put it in the outgoing mail and we will stamp it if you are indigent

7-12-05 [illegible]

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME [illegible] BLOCK: [illegible] DATE: [illegible]

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF ( ) CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

[illegible] Anthony Clark

[illegible] of [illegible] call to my [illegible] Grant Scott [illegible]
1-334-222-[illegible] have him to visit [illegible]
[illegible] also please allow special visit [illegible] between
Aug 22, 23, 2005

[illegible signature]

[illegible]

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Message delivered 8-18-05 [illegible] to visit you as soon as [illegible] get a chance.

[illegible signature]

Time 1:45 pm
8, 2, 2005

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK: D DATE Aug. 2, 2005

TELEPHONE CALL CUSTODY CHANGE ( ✓) PERSONAL PROBLEM

SPECIAL DIET ( ) TIME SHEET ( ) OTHER ( ✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
SHERIFF ✓ CHIEF JAILER ( ) JAILER ( ✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Chief: Nelson

Im In need of notary Public Aug. 2, 2005 on legal matters

Reply

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Done 8-1-05

July 31, 2005

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey BLOCK: D DATE: July 30, 2005

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL SIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF ✓ CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ✓) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Dorene nelson

Chief: Nelson

July 30, 2005; I became very sick. There should be 24hr medical nurse to treat or Doctor"; last night "MR Bill Blue" Treated me for future illness! please have nurse or Doctor or Allow someone on night Shift to seek proper medical services by emergance Room Hospital D.C. or Authorities as needed as you have stayed. Redress Grievance Please

Time 10:35 pm sat. Night
July, 30, 2005

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

you should direct this problem to Southern Health Partners. If there is no Grievance that [illegible]

Dorene 8-1-05

Time 1:00 PM

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard L. Dorsey BLOCK: D DATE: July 25, 2005

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
(✓) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE (✓) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt. Dorene Nelson

I'm in need of notary public also would like to go to law library. Please Allow notary on legal matters soon

thank you mrs. Nelson

Leonard Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

[illegible] 7-27-05

[illegible]

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK D DATE July 27, 2005

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

SPECIAL ... ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓) SHERIFF (✓) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

LT: Nelson

I'm in need of a notary public as also library

Thank you Mrs. Nelson

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Done 7-27-05

Doreen

Time 1:15 PM

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey BLOCK: D DATE: July 24, 2005

TELEPHONE CALL ( ) CUSTODY CHANGE ( ✓ ) PERSONAL PROBLEM

SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ✓ ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ✓ ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt. Donnie Nelson

MRS

Could you please Render any And all copies of Receipts on Debts that have been Charged to me as also monies taken from Monies on Book of Leonard E. Dorsey & for medicial and more placed on w/lopid and send to Leonard E. Dorsey of Resident Cell D of Covington County Jail. you have accounted for $2.55 of $10.15 Done July 23, 05

Leonard E. Dorsey

Business of your address
Any and All Grievance of
Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

See attached

7-27-05 Dorene

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard C Dorsey BLOCK: D DATE: 07/23/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

LT: Derene Nelson

I'm In need of the "Governors Address" (Mr. Bob Riley of Ala)
1. "Congressman Address" of this (Sec. Covington Co.)
2. "Senators Address" of this (Sec Covington Co)
3. "Andalusia Star news" Address
4. "WKRJ 25 news" (Reporter: Eddie Knight Address)

Leonard C Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

you need to find someone to get them for you because that's not my job

Derene 7-22-05

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard G. Darcey BLOCK: D DATE 7/23/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

MRS. LT. Dorene nelson

I'm unable to pay for certified mail you Redressed me before as to file Grievance as to this one Requesting Covington Co. Jail to Stamp its or my legal Mail's Certified would you please do so on these legal matters of envelopes marked (united States middle District Court as also (1) legal Mailed enveloped Addressed to Commissioner Greg White Thank you

Leonard G. Darcey

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

All you need to do is put it with the outgoing mail and it will be stamped and put in the mail to be delivered.

Dorene 7-22-05

Time 9:40 Pm

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard G. Dorsey BLOCK: A DATE: 07/16/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓) SHERIFF (✓) CHIEF JAILER (✓) JAILERS (✓) RECORDS OFFICE (✓) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt: Dorene Nelson

I'm in need of the Alabama State Board of Judgements Address for [crossed out] legal Matter's

Thank you Mrs. Nelson

Leonard G. Dorsey

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Al. State Board of Adjustments
State Capital
Rm E-302
Montgomery Al. 36130

7-18-05 Dorene

Time 7:30 pm

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard L. Dessy BLOCK: B DATE 07/16/05

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET ( ) OTHER ( ✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
SHERIFF ✓ CHIEF JAILER ( )JAILER ( ✓)RECORDS OFFICE ( )CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt. nelson

Please Allow me to notary Public

Leonard L. Dessy

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

If you paper work does not have a Stamp for a notary to sign she will not be notorizing it. She will no longer notorize grievances and request. She has been notified of this.

Dorene 7-18-05

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME. LeonarD E. Dorsey BLOCK: A DATE. 07/14/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O :

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
(✓) SHERIFF (✓) CHIEF JAILER (✓) JAILERS (✓) RECORDS OFFICE (✓) CHAPLIAN

IF GRIEVANCE , STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt. Dorene nelson

MRS. nelson

I wish to file Charges against gang Volants that has gone on inside these Cell Blocks, said Date 7-11-05 and 7-12-05 two altatcation's between I and Chad Bell also Letteron Studimore Volants of threats on mine Life and marcus Edwards for these altatications of said Volatits to Day

Leonard E. Dorsey

4:20 Pm

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

notified Elliot King in investigations about this 9:48 am 7-18-05

Dorene 7-18-05

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK: D DATE Aug. 17, 2005

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/C

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF ✓ CHIEF JAILER ( ✓ )JAILER ( ✓ )RECORDS OFFICE ( ✓ )CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

[illegible]

I'm in need of ... Law Library, Indigent pack ... Legal Pad Papper

Leonard Dorsey

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

[illegible] 8-18-05 you may go on the 19th ... this paper. Lorene 8-18-05

Aug 16, 2005

# INMATE GRIEVANCE FORM

## COVINGTON COUNTY JAIL

LIST ALL PARTIES OF ALLEGED GRIEVANCE: Kevin Smith
Chief Doreene nelson, Leonard Dorsey Inmate

STATE NATURE OF ALLEGED GRIEVANCE: failure to Redress Grievances

STATE DATE UPON WHICH ALLEGED GRIEVANCE OCCURED: Aug, 4, 05 Thru Aug, 15, 2005 &

BRIEF STATEMENT ABOUT ALLEGED GRIEVANCE: Chief, nelson Have fail to Redress Grievances to go to law library and also to Address Grievances Aug, 15, 2005 Indigent Package of Stamps envelopes legal pad

LIST NAMES OF WITNESS (S) IF ANY APPLICABLE: Have copies of Grievance from dates to No Reply

PLACE GRIEVANCE FORM IN ENVELOPE, SEAL, AND WRITE WORD "GRIEVANCE" AND THE NAME OF THE COMPLAINT ON OUTSIDE OF ENVELOPE THE INMATE WILL GIVE SEALED ENVELOPE TO OFFICER ON DUTY.

given paper & envelopes
8-18-05

Dorene 8-18-05

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard L. Dorsey BLOCK: D DATE Aug 24 2005

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Chief, Nelson
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Chief, Donene Nelson

Im in need of notary Public and also like to go to law libary and Request Indigent Package of snuff off stock please

Leonard L. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Notary done 8-24-05 ask the officers for law library. If you don't have money you don't get snuff or cigarettes

[illegible] 8-24-05

# COVINGTON COUNTY JAIL
# INMATE REQUEST /GRIEVANCE

NAME Leonarde Dorsey BLOCK C DATE 12.13.05

( )PHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( )SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF ( )CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Mrs. Chuck

I had a Mental Health appointment nov. 29, 05 and wasn't transported. these appointments are important in my child I make my appointment I will notify the court about this incident if this appointment hasn't been taken care of before the next nth of December

USE FOR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

Your visit was Re-set due to Officers ~~Tired~~ Busy I will see That your Request is Honored.

It was rescheduled Bmille[illegible]

[signature]

Time 7:15

# COVINGTON COUNTY JAIL
# INMATE REQUEST/GRIEVANCE FORM

NAME Leonard E. Darcy BLOCK: D DATE Aug 4, 2005

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

SPECIAL LIST ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF ✓ CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Dorene Nelson

I'm in need of Certified legal mail to be mail by and paid Covington Co. Jail on Date Aug, 8, 2005

Thank you Mrs Nelson Leonard E. Darcy

Certified by United States postal Service
Done Aug, 8, 2005

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Put it in the mail I'll stamp it.

Dorene 8-4-05

(Copy of original)

Time 12:10 pm

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard L. Davey BLOCK: D DATE: Aug, 15, 2005

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

(✓) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF ✓ CHIEF JAILER (✓) JAILER (✓) RECORDS OFFICE (✓) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To the administration or Sheriff: Anthony Clark

I'm in Need of Phone call to my Attorney: Grant Scott Phone No. 1.334.222.4103 Have him to Visit me soon at the Cov.co Jail, also please Allow special Visit from me Lawson between Aug, 24, 25, 2005

Leonard L. Davey

"Copy" of Aug, 15, 2005
unable to have "copies" made

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Message delivered 8-18-05 he advised he would be to visit you as soon as he got a chance.

Doreen 8-18-05

"COPY"

Time 2:20p

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard G. Dorsey BLOCK: D DATE Aug. 30, 05

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Administrator Mr. Smith
(✓) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Administrator; Mr. Smith / Shieff; Anthony Clark

I've been in a pain in chest some. Dr. Willard McWhorter have not and will not see me. Mrs. Patty Collins has left message and sick call Request for him. Also mental Health will not call for me. Soon, I'm to fine some other way to resolve this medicial need. This stress me. please assure medical Atthation

Leonard G. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

You are going to have to see the nurse on sick call and she has to set up a doctor's appointment.

[signature]

NAME Derwayne Peter BLOCK D DATE 10-16-05

PHONE CALL CUSTODY CHANGE PERSONAL PROBLEM

TIME SHEET (✓) OTHER ( ) GRIEVANCE

STATE YOUR REQUEST / GRIEVANCE. THEN PRESENT TO C/O

REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
CAPTAIN CHIEF JAILER (✓) JAILER ( ) RECORDS OFFICE CHAPLAIN

STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I have written request to you concerning my trustee status or work detail. I thank you for responding to them yet on each one you answer with you will keep me in mind and I greatly thank you for that. I write another to you to hope that you will find me qualified. Myself and James ~~Osteen~~ Osteen talk with you about Kent having a new crew coming up as of the 17th of oct called beautification working with the county cleaning signs highways. we mention to you he was going to asked for myself and James Osteen who currently works with ... Kent Mr Kent who did work there ~~...~~ That's new crew will you please put me with him also my understanding Rec Crew needs ~~...~~ help additional help and I also asking for the ... Please consider this and [illegible]

FOR REPLY ONLY

Thank you
Derwayne Peter

DENIED ( ) PAY PHONE COLLECT

Kent hasn't talked to me yet. But I ... I will keep you in mind

[signature]

REQUEST/GRIEVANCE FORM

NAME Delwayne Dester BLOCK D DATE 10-11-05

TELEPHONE CALL    CUSTODY CHANGE    PERSONAL PROBLEM

SPECIAL VISIT    TIME SHEET    (✓) OTHER    GRIEVANCE

... YOUR REQUEST/GRIEVANCE THEN PRESENT TO ...

... REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF    CHIEF JAILER    (✓) JAILER    RECORDS OFFICE    CHAPLAIN

... GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

I would Like you to please consider me for trustee) or work detail As you know I have the experince on the Halls or dishwasher (Laundrymen) and working other details as trustee to my under standing spots [illegible] come open I have County time of 14 months I also understand there is other spots avable at Courthouse Rec Crew and a new work detail being open with [illegible] [illegible] crew cleaning signs and [illegible] please consider me for postion I would like to be on trustee [illegible] and as other times I will not cause any problems and do a great Job your Consideration will be greatly appercicted

Thank you
Delwayne Dester

... FOR REPLY ONLY

APPROVED    DENIED    ( ) PAY PHONE    COLLECT    OTHER

I will keep you in mind for work release.

[signature]
10/14/05

REQUEST/GRIEVANCE FORM

NAME [illegible] BLOCK D DATE [illegible]

TELEPHONE CALL CUSTODY CHANGE PERSONAL PROBLEM

SPECIAL VISIT TIME SHEET OTHER GRIEVANCE

[illegible] REQUEST/ GRIEVANCE. THE [illegible] PRESENT TO [illegible]

[illegible] WHOM IT IS DIRECTED TO
SHERIFF CHIEF JAILER JAILER RECORDS OFFICE [illegible]

[illegible] STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

[illegible] request [illegible] you [illegible] work [illegible] understanding you [illegible] spot available and [illegible] that I will be coming up [illegible] for next week [illegible] County [illegible] on the hall as [illegible] man [illegible] qualification [illegible] no problems. I feel that my having County time and [illegible] qualification of trustie and should be [illegible] greatly [illegible] I understand a spot is open at [illegible] and a job also to start cleaning County [illegible] Residence [illegible] next week please consider me for [illegible] type of work trustie would be greatly appreciated also consider my time and qualification

Thank you
[illegible]

[illegible] ONLY

[illegible] PAY PHONE [illegible]

Can't send you to the courthouse. I will keep you in mind for Rec Crew.

[signature]

1:MR 7:15 AM

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK: D DATE Sept. 7, 2005

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL DIET ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Ms. Dorene Stallwork
SHERIFF CHIEF JAILER (✓) JAILERS ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Dorene

I Need a notary this morning please

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Done 9-7-05

Dorene 9-7-05



# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Darsey Leonard BLOCK: B DATE: 06/5/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ✓) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

L.T. Darene nelson

Please allow me to see notary public a.s.a.p

Thank you

X Leonard Darsey

also copy of money on Back

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Came to Time

[illegible]

Time 9:45 pm

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK: B DATE: 6/4/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ✓ ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ✓ ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF ( ✓ ) CHIEF JAILER ( ) JAILER ( ✓ ) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Leonard Dorsey has Requed for new T.B. Test as well as Phone call to Att. Manish Patel 222-9115. Father Ethan Dorsey to Send moneys befor Monday night amount $35.00

Thank you

Lt. Dorene Nelson

Leonard Dorsey

WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

You would need to speak with the nurse in reference to the TB test. I called Manish Patel's office his secretary will give him a message to come speak with you.

Dorene 6-6-05

Jane 5 47

3

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey BLOCK: B DATE: 06/5/05

TELEPHONE CALL CUSTODY CHANGE (✓) PERSONAL PROBLEM

SPECIAL LIST TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF ✓ CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ✓) CHAPLAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

L.T. Dorene nelson

I frist like to say iam sorry for my behavior. you Replyed on that Request based on the medical 06/2/05. I also need to speak with you on store Receipts of moneys unaccounted for.

Thank you

Leonard G. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I have credited all shortages up to this order 6-6-05 if you have any that I have not credited I need the copy you have.

Dorene 6-6-05

Jur
6

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

Time 6:15 Pm

NAME Leonard Dorsey BLOCK: B DATE: 6/2/05

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ✓) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
(✓) SHERIFF (✓) CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Date 5/31/05 I Leonard Dorsey had Nurse Visit Complaint cocain Addiction as well Stress Very Complexed in Need of medical evaluation by Psychatic Dr. Just to talk with someone of concern Chaplain or medication i don't know. its difficult to stay Focus from Time to Time. 5/31/05 i was denied any treatment Please be concern of this notice.

Reply (why?)

Leonard G. Dorsey

Cov. Co. Commr. Greg White
Sheriff Anthony Clark
And Jerry Edgar
Lt. Dorene Nelson

Please contact Att. 222-9115

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I had the Chaplain come talk to you on 6-2-05 I also advised the nurse that you needed to see a psychiatrist no that's out of my hands, medical has to make that call I suggest you put in for sick call and speak with the nurse Connie Lyons about it. You will need to call access to Care with Mental Health.

6-3-05 D[illegible]

# COVINGTON COUNTY JAIL
# INMATE REQUEST /GRIEVANCE

NAME Leonard E. Dorsey BLOCK C DATE Oct 27, 05

( ) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF ( )CHIEF JAILER ( ✓)JAILER ( ✓)RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[illegible] APPLICABLE.

Mrs Linda Benson

I'm in need of notary Ms. Sweatt didn't Notarize in [illegible] my papers I had given her also would like to go to law library thanks

Sincerely L. Dorsey

SECTION BELOW THIS LINE FOR REPLY ONLY.

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

Mr Dorsey, Mrs Sweatt will be here to notarize Monday Morning at 8:00am. Please be up! I'll leave a note for you to go to the Law Library on Monday as well. Thanks.

Linda Benson
10-30-2005

NAME [illegible] BLOCK D DATE 10-12-05

[illegible] PHONE CALL CUSTODY CHANGE PERSONAL PROBLEM

[illegible] TIME SHEET (✓) OTHER GRIEVANCE

[illegible] YOUR REQUEST/GRIEVANCE THEN PRESENT TO [illegible]

REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
[illegible] CHIEF JAILER (✓) JAILER ( ) RECORDS OFFICE CHAPLAIN

[illegible] STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To my understanding there will be a spot as of 16th of oct Sunday open for trustee I have requested in past for a spot and my experience as a trustee will you please give me a chance I have [illegible] months I would like to do something with my time [illegible] Kent at Aroma Crew is starting a new crew monday 17th & he is asking that myself and two others be put with him which was mention to you Thursday [illegible] this you have said you would keep [illegible] in mind for work release so and [illegible] me to work I have caused no problems [illegible] the crew also [illegible] people [illegible] my understanding I would [illegible] really like to be trustee [illegible] [illegible] [illegible] [illegible] [illegible] I am qualified

[illegible]

[illegible] REPLY ONLY

[illegible] ) PAY PHONE [illegible] OTHER

I will see about sending you out to work.

[illegible]

10-14-05

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard L. Darcy BLOCK: D DATE: 09/14/05

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

✓ SPECIAL VISIT ✓ TIME SHEET ( ) OTHER ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Chief, Donnie Stallworth
SHERIFF ✓ CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Donnie Stallworth

1. Need to speak with my Attorney Grant Scott
2. Copy of a Release Date
3. a legal pad and envelopes of Indigent package
4. In Need of law Library

Leonard L. Darcy

"In the Back on the Judicial Inquiry Commissions" is Kind of Hard you need "Code of Alabama 1975 (1994) Title "36

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

[illegible] Grant [illegible] on 9-20-05 and 9-23-05

Donnie 9-23-05

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK D DATE 9/19/05

TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL LIST ( ) TIME SHEET ( ) OTHER ( ✓ )GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Dorene Stallworth

SHERIFF ( ) CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Chief; Stallworth

I need the notary "Please"

Indigent - Legal pad & envelopes

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

[illegible] 9-21-05

[illegible]

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME Leonard E. Dorsey BLOCK: D DATE Sept, 19, 2005

(✓) TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

(✓) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Kevin smith / Donna stallworth
SHERIFF CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE (✓) CHAPLAIN

IF GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Kevin smith / Donna stallworth

1. Im in need of a Release Date on Charges of Bad check's
2. a Copy of Bond or Release Date
3. a Notary public
4. a visit with my Attorney Grant Scott phone - 222-4103
5. 3 copies of a legal paper's
[illegible] envelopes & legal pad

thank you

Leonard E. Dorsey

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

1) Already released on Andalusia Charges
2) NWNI x 12 - $3000 Bond each charge
Assault III - $13,000 Bond
3) OK
4) He will come see you, or you can write him
5) give them to a c/o
6) you have money buy it in

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard L. Dorsey BLOCK: D DATE Sept 11, 2005

TELEPHONE CALL CUSTODY CHANGE ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT ( ) TIME SHEET ( ) OTHER ( ✓ ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/C

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Chief Stallworth

SHERIFF ✓ CHIEF JAILER ( ) JAILER ( ✓ ) RECORDS OFFICE ( ) CHAPLAIN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Mrs Doreen Stallworth

I'm need of a Bond on and release date as also notary public thank you

Leonard L. Dorsey

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

| Covington County Sheriff<br><br>Printed: Tue Apr 26,2005 | INMATE DATA<br><br>LEONARD EUGENE DORSEY (S416962099) | Booking Number<br>200007670<br>Booking Date<br>APRIL 26th, 2005 |
|---|---|---|

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| B-BLOCK | B | | | 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 | | |

| Address | Home Telephone |
|---|---|
| 801 MYRTLE ST<br>ANDALUSIA AL 36420 | (334) 427-4595 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1964-08-23 | 40 | 5' 07" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| ETHAN DORSEY 3<br>SAME AS ABOVE | |

| Charge(s) | Bond |
|---|---|
| FTP | CASH ONLY 404.00 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ~~020~~ 025 ~~BASS, DEWEY~~ Mitchell, Michael | CJ020 BASS, DEWEY | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | | |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| ANDALUSIA | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes