IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LEONARD DORSEY   . | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1034-D |
| ANTHONY CLARK, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Substitute filed December 13, 2005 (Doc. No. 11), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. Accordingly, Exhibits A, B, & C filed by Defendants on December 13, 2005 are substituted for the Exhibits previously filed by Defendants on December 12, 2005. (*See* Doc. No. 8, Exhs. A, B, C.)

Done, this 15th day of December 2005.

      **/s/ Delores R. Boyd**
      DELORES R. BOYD
      UNITED STATES MAGISTRATE JUDGE

      for

      VANZETTA PENN MCPHERSON
      UNITED STATES MAGISTRATE JUDGE