IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEONARD E. DORSEY,
PLAINTIFF,

V.

ANTHONY CLARK,
DEFENDANTS.

Civil Action No: 2:05-CV-1034
D.

## PLAINTIFF ANSWER TO DEFENDANTS' SPECIAL REPORT

Comes Now the Plaintiff Leonard E. Dorsey, Pro. se, moves the court to reviewed this answer to Defendant's Special Report, he has response to this court order of December 13 2005.

### INTRODUCTION

The Plaintiff in this action, Leonard E. Dorsey filed his complaint on October 28, 2005. The complaint alleges various violations of his Fifth, and Fourteenth Amendment Rights. On November 1, 2005, this court ordered the defendants to submit a special report concerning the factual allegations made by the Plaintiff in his complaint. The defendant's also violated Plaintiff Eight Amendment, Not his Ninth.

### PLAINTIFF'S ALLEGATIONS

1

(A) Unlawful detention in violation of his 5TH Amendment Rights.

(B) Unlawful detention and fail to protect his safekeepen from violent attacks by an state inmate in violation of his 8TH Amendment Rights.

(C) Unlawful detention deliberately indifferent in violation of his 14TH Amendment Equal Protection Rights. See Affidavit of Leonard E. Dorsey Dated December ____ 2005.

## I. FACTS

The Plaintiff was incarcerated in the Covington County Jail on April 26, 2005 for failure to appear. On or about Sept 28, 2005 Plaintiff was still a pretrial inmate when a state inmate jump on Plaintiff and beaten him up, caused his noise being brokened and cheech bone, Plaintiff was put in unlawful detention after he was release from the hospital for ____ days The state inmate were put in detention for 72 hours, which deliberately indifferent, by the defendant Kevin Smith the Jail Administrator, The defendant Sheriff Clark had personal knowledge of the facts of Plaintiff complaint. See attached hereto as Exhibit (A) copies of grievance forms which he never answer them.

2

## II. LAW

A. The Plaintiff's claims are not barred by the

Prison Litigation Reform Act He did Exhaust Administrative Remedies. See Exhibit (A)

B. The defendants, in their official capacities are not entitled to judgment in their favor as a matter of law. The Plaintiff is suing in individual capacities.

1. All official capacitie claims against Sheriff Clark and Deputy Smith are not barred by the Eleventh Amendment to the United States Constitution. See Criminal Correctional and Detention Facilities 14-6-1. Legal custody and charge of Jails and Prisoners, the Sheriff has the legal custody and charge of the Jail in his county and all prisoners committed there to. The Sheriff is charged with the duty of protecting the Jail and of keeping the Prisoners safely. Shields. v. State, 104 Ala. 35, 16 So. 85 (1893).

2. The Defendants are a "Person" for purposes of 42. U.S.C. 1983. No Pretrial detainee should be held in the same cell or cell block of county Jail with any person who has been convicted of a crime and sentenced. Alberti v. Sheriff of Harris County, Texas, D.C. Tex. 1975, 406 F. Supp. 649.

3.

C. The Defendants are not entitled to qualified

Immunity because they violated his clearly established Constitutional Rights of which "a reasonable person would have known, And the defendant's had fair warning that their conduct violated the Plaintiff Constitutional Rights. See Exhibit (A) - And Affidavit of Leonard E. Dorsey, Dated December ___ 2005.

1. These Defendants did violated Plaintiff federally protected Rights, And they is held liable for the wrongdoing caused Plaintiff injuries.

(A). The Defendants did violate the Plaintiff Fifth Amendment Rights. The defendants put Plaintiff in Lock down for ___ days without Due Process.

(B). The Defendants did violate the Plaintiff Eight Amendment Rights, They fail to protect from state inmate of being assaulted by.

(C). These Defendants serve as a basis for 1983, liability.

(D). There is allegation of Personal wrongdoing on the part of these defendants, The defendants violate Plaintiff Fourteenth Amendment Rights By discrimination the state inmate was Lockdown only 72 hours, Plaintiff was in Lockdown for ___ days. The Plaintiff is a Black man. The Plaintiff is entitled to judgment in his favor as a matter of law.

(E). There is causal connection between Policy and Custom Promulgated by Defendant Sheriff Anthony Clark and Plaintiff alleged injuries.

4.

BECAUSE HE IS IN CHARGE OF THE JAIL HE IS SUPERVISORY LIABILITY. AND HE WAS INFORM ABOUT ALL OF THE VIOLATION, SEE EXHIBIT (A) THESE DEFENDANT'S HAD KNOWLEDGE, AND THEY WAS GIVEN A FAIR WARNING THAT THEIR CONDUCT WAS UNLAWFUL.

D. THE PLAINTIFF HAS SHOW A CLEARLY ESTABLISHED LAW, HE DID PROVIDED THE DEFENDANT'S WITH FAIR WARNING THAT THEIR CONDUCT WAS UNLAWFUL BY (1) POINTING TO CASE WITH MATERIALLY SIMILAR FACTS HOLDING THAT THE CONDUCT ENGAGED IN WAS ILLEGAL. (2) DEMONSTRATING THAT A PERTINENT FEDERAL STATUTE OR FEDERAL CONSTITUTIONAL PROVISION ARE SPECIFIC ENOUGH TO DEMONSTRATE CONDUCT WAS ILLEGAL. SEE EXHIBIT (A).

### III. MOTION FOR SUMMARY JUDGMENT

A. SUMMARY JUDGMENT STANDARD

ON A MOTION FOR SUMMARY JUDGMENT THE COURT SHOULD VIEW THE EVIDENCE IN THE LIGHT MOST FAVORABLE TO PLAINTIFF, BECAUSE HIS EVIDENCE IS SO CONCLUSIVE THAT A REASONABLE JURY WOULD HAVE TO BELIVE THAT THE FACTS ARE AS HE MAINTAINS. SEE EXHIBIT (A) SEE AFFIDAVIT OF LEONARD E. DORSEY DATED DECEMBER ___ 2005.

5.

The Defendant's fail to compliance in there special report there is a showing of no signature on there affidavits and no signature before a notary public. That show noncompliance of court order.

B. Motion For Summary Judgment

The Plaintiff respectfully request that this Honorable Court treat this answer as a Motion for Summary Judgment and grant unto the Plaintiff favor as a matter of law.

Respectfully Submitted this the 29 day of DEC, 2005

_Leonard Doisy_
Signature of Plaintiff

Notary Patricia Sweatt
Date 12-29-05
EY    1-29-09

6,