IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEONARD E. DORSEY,
   PLAINTIFF,
V.                                              CIVIL ACTION No. 2:05-CV-1034-
ANTHONY CLARK,                                              ID-VPM
   DEFENDANTS.

### AFFIDAVIT OF LEONARD E. DORSEY

STATE OF ALABAMA
COUNTY OF COVINGTON

1. MY NAME IS LEONARD E. DORSEY, I AM OVER THE AGE OF NINETEEN AND AM COMPETENT TO EXECUTE THIS AFFIDAVIT WHICH IS BASED ON MY PERSONAL KNOWLEDGE.

2. I AM A INMATE AT THE COVINGTON COUNTY JAIL, SINCE I HAVE BEEN HERE I FILE A CLAIM AGAINST COVINGTON COUNTY JAIL FOR VIOLATION OF MY 5TH 8TH AND 14th AMENDMENT RIGHTS.

3. THESE RIGHTS WAS VIOLATED SEPT. 28. 2005, AFTER A STATE INMATE BROKENED MY NOISE AND CHEECH BONE, BY PUNCHING ME IN THE FACE, THE STATE INMATE WAS LOCK DOWN FOR 72 HOURS IN DETENTION

4. I REMAIN IN DETENTION FROM SEPT 28, 2005, UNTIL DEC 6 2005 AFTER I WAS RELEASE FROM THE,

1

Hospital, by the defendant Kevin Smith which deliberately indifferent, Kevin Smith and the Sheriff knew that I had problem with other inmates by grievances I had filed in complaint as also letter head work release, and protective custody, the defendant Kevin Smith housed all us together, which amount the defendant fail to protect me from being assaulted by state inmate.

5. I have written the Board of Correction number of times of these neglects of duties preform by Sheriff Dept. I request monitary damage for malice attact, punitive damage, and pain and suffering through the Board of Correction and Board of Adjustment, Not Con3stable I encloses copys as Exhibit (B).

6. There are no handbooklets inmates are informed by other inmates of grievances procedures. Rules are made here as day by day to running of this Jail, and aften Jail is unstable

7. Insitution doesn't answer grievances, they choose who's and what they wanted to address.

2

8. These Defendants did violated the said policy of grievances forms.

9. I certify and state that documents provided to the court which are attached to Plaintiff Answer are true and correct copies.

10. I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of my claims.

_____
Signature of Plaintiff

Sworn to and subscribed before me this 29 day of December 2005.

_____
Patricia Sweatt
Notary Public

My Commission Expires: 1-29-09

3.

## The Alabama Dept. Board of Corrections

I Leonard E. Dorsey, Am wishing to file a Claim against Covington County Jail, for Violation of my 5th - 8th and 14th Amendment Rights, These Rights was Violated Sept, 28, 05 after a State Inmate brokened my Noise and cheech bone, Punching me in the face. He, and I was lock down in detention Sept, 28th. He was lock down for 72 hrs and I remain in detention to this Day, by Catain Administrator Kevin-Smith. Tim Graceyon is the State Inmate that punched me in the face braking my Noise, and cheech bones. Every administratee and The Shreeff knew that I've had a problem with other Inmate by Grievances filed in complaint as also Letter head work Release, and protective custody are often Housed together (Tim Graceyon) was on Work Release and was taken off after being stop by Police officer, and found that he didnt have driver licence also a county housed State Inmate he was Removed from Work Release, and remaind in protective custody even after fight. Captain Kevin Smith I question as to why is he still in protective custody he said nothing, why Am I in detention he said to protect me. He wasn't protecting me before my Noise was brokened, and I have written The Board of Correction Numerious Times of these Neglects of Duties Preform by Shreeff Dept. I request monitary damage for malice attact, Punitive damage, and Pain, and Suffering If not considerable through the Board of Correction nor Ala Board of Adjustment I shall file 1983 form to the District court of Alabama for the middle District In requesting also that The Jail Hire more Qualified Jailers for the safe keeping It prisoner's, and Address Its overcrowding and to Remove State Inmates from "Pre Tail Detaenee which I am", also Staff Infections, Spider Bites, Gang Violants These Things are very danger-

3.

Ceritifate of service
by united state postal service sworn and subscribed before me This
Dec Day of 20th 2005 and served to webb & eley p.c.
7475 Halcyon Pointe Rd
P.O. Bx 240909
Montgomery Ala

Served to the office of the Clerk
united States District court
P.O. Bx 711
Montgomery Ala,

I Declare under penalty of perjury to the best of my knowlege petitioner Statements are true _Leonard Dorsy_ This day Dec of 20th 2005.
Petitioners signature

Petitioners signature _Leonard Dorsy_

Notary _Patricia Sweatt_
Date 12-20-05
Ex 1-29-09