

# STATE OF ALABAMA
# BOARD OF ADJUSTMENT

STATE CAPITOL
THIRD FLOOR EAST WING
Montgomery, Alabama 36130-1435
Telephone (334) 242-7175
FAX (334) 242-2008

JERRY L. CARPENTER
LEGAL COUNSEL

MOSE STUART
ASSOCIATE COUNSEL

SARAH B. ECHOLS
CLERK OF THE BOARD

JAMES ALLEN MAIN
DIRECTOR OF FINANCE

BETH CHAPMAN
STATE AUDITOR

KAY IVEY
STATE TREASURER

NANCY L. WORLEY
SECRETARY OF STATE

August 23, 2005

Mr. Leonard Dorsey
Covington County Jail
240 Hillcrest Drive
Andalusia, Alabama 36420

**RE: Your Letter Received by the Board of Adjustment on August 22, 2005**

Dear Mr. Dorsey:

I have read your letter to the Board of Adjustment in which you allege various shortcomings with the living conditions in the Covington County Jail. The Board of Adjustment has no jurisdiction to hear or consider a claim against any county, city, or municipality facilities, such as a county jail. Consequently, the Board cannot take up your complaints.

Very truly yours,

Mose Stuart
Associate Counsel

Exhibit B    "original"    Time 10:20 AM

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey    BLOCK: C    DATE: Sept, 30, 05

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Kevin Smith
( ) SHERIFF    ( ) CHIEF JAILER    ( ) JAILER    (✓) RECORDS OFFICE    ( ) CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Kevin Smith

Please Redress by writing why I Leonard E. Dorsey have been Lock in detention for protection and not Protective Custody like other Inmates in this jail beginning Sept, 25, 2005 - 2005 If your not able to protect me from being beaten befor as you have other Inmates

Leonard Dorsey

No Reply

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED    ( ) DENIED    ( ) PAY PHONE    ( ) COLLECT    ( ) OTHER

No Reply

# INMATE REQUEST/GRIEVANCE FORM

NAME: Leonard E. Dorsey    BLOCK: C    DATE: Oct 2, 2005

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM
( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO Anthony Clark/Kevin Smith
(✓) SHERIFF    ( ) CHIEF JAILER    ( ) JAILER    (✓) RECORDS OFFICE    ( ) CHAPLAIN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE:
Anthony Clark/Kevin Smith

Sir,
I have been in lock down 9 Days Now are you planed on moving me to a nother block or to a place or institution that can medically treat me as well as protect me I want the some rights as any other inmate thate in protective custody can or will you provide that I've been here from April, 26, 2005 - Oct. and Have seen many inmates that need protection in protective custody I Request that I be moved to a institution that can provide adiquate medical treatment

No Reply

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

APPROVED ( )   DENIED ( )   PAY PHONE ( )   COLLECT ( )   OTHER

No Reply

# COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard Dorsey   BLOCK: C   DATE: Oct 2, 2005

( ) TELEPHONE CALL   ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM
( ) SPECIAL VISIT   ( ) TIME SHEET   ( ) OTHER   (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO: Sheriff; Anthony Clark
(✓) SHERIFF   ( ) CHIEF JAILER   ( ) JAILER   ( ) RECORDS OFFICE   ( ) CHAPLIAN

F GRIEVANCE STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
Anthony Clark

It is the duty of a Sheriff furnish list of confined prisoners to Circuit Court. I have a de Nova appeal pending 4 mths now I plead that you have this court to process this trial hearing and or appeal and appeal bond hearing in timely fashion Sir thanks for your time

Leonard L. Dorsey

No Reply

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:
( ) APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

No Reply

13

# COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE

NAME _Leonard E. Dorsey_   BLOCK _C_   DATE _Oct 29 2005_

( )TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( )SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

(✓) IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
(✓)SHERIFF ( )CHIEF JAILER (✓)JAILER (✓)RECORDS OFFICE (✓)CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Sheroff, Anthony clark

Sept. 28, 05 I was beaten up by Tim Gracyon in D/Block my Noise, and cheek Bone was broken, "Tim" being a state inmate has been sent back to D/Block witch is a work Release also protective custod Block, and I remain in detention Now being 33 days, Mr Gracyon isnt on work Release Nor protective custody, I have lost all privileges as a inmate of Covington County Jail, and he hasnt suffered any I Request that I be moved to a block that has a Phone, TV as well any, and all privileges of the other inmates

_Leonard E. Dorsey_

FOR REPLY ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

NO REPLY

14

# HOUSTON COUNTY JAIL
## INMATE REQUEST GRIEVANCE

Name: Leonard E. Dorsey   BLOCK: C   DATE: Nov 7 05

( ) PHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
( ) VISIT  ( ) TIMESHEET  ( ) GRIEVANCE  ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
SHERIFF ( ) CHIEF JAILER ( ) JAILER (✓) RECORDS OFFICE (✓) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE:

Kevin Smith

Why Am I still in detention after 30 more days than actually time required also denial of privileges of Pretrial Detainee's No TV, New's is important No Church this Privileges should be greatly considered Please Reply in Requested from Thank you Sir

Leonard E. Dorsey

FOR REPLY ONLY

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

No Reply

15

"Original"

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Leonard Dorsey_    BLOCK _A_    DATE _12-18-05_

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET    ( ) GRIEVANCE    ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO _Captain Larry_
(✓) SHERIFF ( ) CHIEF JAILER (✓) JAILER (✓) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT APPLICABLE.
_Mr Larry Salm or Jailer_

(1) I Leonard Dorsey am in need to see Notary on legal matters (2) also in need to go to the library within the courthouse because the books I'm in need of are important to some legal work I now have less than 10 days to have file within the Civil court of Ala, please allow me to gether legal information to support facts by Request of the United States Dist. court for the middle District of ala I have until the 25th of Dec. Dec. 25, 2005 to file this report
Thank you Please Reply    _Leonard L. Dorsey_

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

No Reply

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,         *     Case No. DC 05-2276 thru 2279
    vs.                       *              DC 05-2397 thru 2399
_Leonard Davey_           *
**DEFENDANT**             *

ORDER OF PROBATION

    For your conviction of the offense(s) of Negotiating Worthless Negotiable Instrument, the jail sentence of _42 months*_ days is **SUSPENDED** on the following conditions:

1. Good behavior for 24 months, including not violating any State Laws, nor committing the crime of negotiating worthless negotiable instrument.

2. Payment of fine, costs and restitution by cash or money order to the Circuit Clerk, Covington County Courthouse, Andalusia, Alabama 36420, as follows:

    _$150.00 per month, beginning April 10, 2006_

3. _Not to leave the State without permission from the Court by filing written motion._

    In the event you miss a payment, you MUST APPEAR IN COURT on either the first or third Tuesday of that month at 9:00 a.m. to explain the reason therefor, or else A WARRANT OF ARREST will be issued.

Done and ORDERED this the _14_ day of _December_, 20_05_.

_____
Frank L. McGuire, III
District Judge

_Court has no objection to work release._

I acknowledge receipt of a copy of this ORDER OF PROBATION.

_____
Defendant

* _6 months per case x 7 cases_