2:05CV1034-D

RECEIVED
2006 JAN 17 A 9:46
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

In the United States Dist. Court for the middle Dist of Alabama

I Leonard E. Dorsey will be released Jan. 26, 06 from the Covington County Jail. after this Released Date please Foward to Mailing Address

Leonard E. Dorsey
801 mytrle st
Andalusia Ala 36420

Certified by united states postal service and sworn and subscribed before me this day 10 of Jan 2006 and sent to office of the clerk united States Dist. Court P.O. Bx 711 Montgomery Ala 36101-0711

and served to Webb & Eley P.C. 7475 Halcyon Pointe Rd P.O. Bx 240909 montgomery Ala 36124

Signature Leonard Dorsey
Notary Patricia Sweat
Date 1-10-06
Ex. 1-29-09