**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1034-ID-VPM |
| **ANTHONY CLARK,** *et al.,* | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and enters his appearance as counsel of record for the Defendants Anthony Clark, Sheriff of Covington County, Alabama, and Kevin Smith, former Interim Jail Administrator of the Covington County Jail.

Respectfully submitted this 13th day of February, 2008.

> **s/Gary L. Willford, Jr.**
> GARY L. WILLFORD, JR.–Bar No. WIL198
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7474 Halcyon Pointe Road (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  gwillford@webbeley.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the following by U.S. Mail:

Leonard Dorsey
801 Myrtle Street
Andalusia, Alabama  36420

                                   **s/Gary L. Willford, Jr.**
                                   OF COUNSEL