**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1034-ID-VPM |
| **ANTHONY CLARK,** *et al.*, | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Scott W. Gosnell of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Anthony Clark and Kevin Smith, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C..

WHEREFORE, Scott W. Gosnell respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 13th day of February, 2008.

                                                                                           s/Scott W. Gosnell
                                                                                           SCOTT W. GOSNELL (GOS002)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: sgosnell@webbeley.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Leonard Dorsey  
801 Myrtle Street  
Andalusia, Alabama  36420

                                   **s/Scott W. Gosnell**  
                                   OF COUNSEL