IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LEONARD DORSEY    .            *

   Plaintiff,                  *

   v.                          *       2:05-CV-1034-ID

ANTHONY CLARK, *et al.*,      *

   Defendants.                 *

_____

**ORDER ON MOTION**

Counsel for Defendants Clark and Smith has filed a Motion to Withdraw. Upon consideration of the motion, and notice of appearance having been filed by new counsel for Defendants Clark and Smith, it is

ORDERED that the motion (*Doc. No. 16*) be and is hereby GRANTED.

Done, this 13th day of February 2008.

        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE