IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-1034-ID-VPM |
| | ) |
| **ANTHONY CLARK,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Anthony Clark, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

        This party is a governmental entity, or

        There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 15th day of February, 2008.

        **s/Gary L. Willford, Jr.**
        GARY L. WILLFORD, JR.–Bar No. WIL198
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7474 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 15th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the following by U.S. Mail:

Leonard Dorsey
801 Myrtle Street
Andalusia, Alabama  36420

        **s/Gary L. Willford, Jr.**
        OF COUNSEL